AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:21-mj-222-ZMF |
| Leo Brent Bozell IV | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Leo Brent Bozell IV.

Date: 02/17/2021

*Attorney's signature*

David B. Deitch, Bar No. 426218
*Printed name and bar number*
BERENZWEIG LEONARD, LLP
8300 Greensboro Drive
Suite 1250
McLean, VA 22102
*Address*

ddeitch@berenzweiglaw.com
*E-mail address*

(703) 940-3065
*Telephone number*

(703) 462-8674
*FAX number*