UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br>LEO BRENT BOZELL IV,<br>also known as Zeeker Bozell,<br><br>**Defendant.** | Case No. 21-CR-216 (JDB) |

## ORDER

Defendant is charged via indictment with two felony and five misdemeanor offenses related to the events that occurred at the United States Capitol on January 6, 2021. On March 26, 2021, the government moved orally, over defendant's objection, to exclude time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., from that date through May 5, 2021. The Court granted that motion and entered a written order explaining the factual and statutory bases for its decision. See March 26, 2021 Order [ECF No. 14].

At today's status hearing, the Court scheduled another status conference for July 7, 2021. The government once again moved orally, without defendant's consent, to exclude the intervening time under the Speedy Trial Act. The Court hereby incorporates the factual findings made in its March 26, 2021 Order in their entirety, and finds that, for the same reasons stated in that Order, under 18 U.S.C. §§ 3161(h)(7)(B)(i) and (ii), the ends of justice served by continuing this matter from May 5, 2021 to July 7, 2021 outweigh the best interest of the public and the defendant in a speedy trial.[1]

---

[1] The Court again notes that, in light of the "exigent circumstances created by the COVID-19 pandemic," Chief Judge Howell has also entered a District-wide Standing Order excluding time through August 31, 2021 under 18 U.S.C. § 3161(h)(7)(B)(i) in all criminal cases "that cannot be tried consistent with [] health and safety protocols and limitations." See Standing Order No. 21-10 (BAH) (Mar. 5, 2021).

\*   \*   \*

Hence, it is hereby **ORDERED** that this matter is continued until and a further status conference is set for July 7, 2021 at 10:00 a.m.; and it is further **ORDERED** that the time period from May 5, 2021 through and including July 7, 2021 is hereby excluded from the computation within which a trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq.

**SO ORDERED.**

/s/
JOHN D. BATES
United States District Judge

Dated: May 5, 2021