UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CRIM. NO. 21-CR-00216 (JDB) |
| LEO BRENT BOZELL IV, | : |
| Defendant. | : |

**UNOPPOSED MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT**

David B. Deitch respectfully requests that the Court grant leave for Mr. Deitch to withdraw as counsel for Defendant Leo Brent Bozell IV. In support of this unopposed motion, Mr. Deitch states as follows:

1. Mr. Deitch has appeared as retained counsel for Defendant Leo Brent Bozell IV in the above-captioned matter.

2. Recently, Mr. Bozell has decided to retain John Pierce to substitute for Mr. Deitch as counsel in this matter. Mr. Pierce has filed a notice of his appearance in this matter.

3. For that reason, Mr. Deitch requests leave from the Court to withdraw his appearance on behalf of the Defendant. Given Mr. Pierce's appearance, Mr. Bozell will suffer no prejudice or undue delay as a result of Mr. Deitch's withdrawal.

WHEREFORE, Mr. Deitch respectfully requests that the Court grant leave for Mr. Deitch to withdraw as counsel.

Dated: July 9, 2021                                    Respectfully submitted,

                                                                       _____
                                                                       David B. Deitch (VSB No. 74818)
                                                                       Berenzweig Leonard, LLP
                                                                       8300 Greensboro Drive, Suite 1250
                                                                       McLean, VA 22102
                                                                       Tel. 703-940-3065
                                                                       Fax 703-462-8674
                                                                       Email ddeitch@berenzweiglaw.com

                                                                       *Attorney for Defendant Leo Brent Bozell IV*

## CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2021, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to all counsel of record. I further certify that a copy of this filing has also been transmitted by email directly to Leo Brent Bozell IV.

                                                                       _____
                                                                       David B. Deitch