AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Leo Brent Bozell IV<br><br>Defendant | ) ) ) ) ) ) )   Case No. |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Leo Brent Bozell IV                                                                                              ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment          ☐ Superseding Indictment          ☐ Information          ☐ Superseding Information          ☑ Complaint
☐ Probation Violation Petition          ☐ Supervised Release Violation Petition          ☐ Violation Notice          ☐ Order of the Court

This offense is briefly described as follows:

See affidavit in support of complaint
18 U.S.C. 1512(c) (obstruction of official procceedings and attempt to do so)
18 U.S.C. 1752(a)(1) and (2) (restricted building and grounds)
40 U.S.C. 5104(e)(2) (disorderly conduct)

Date: 02/11/2021

2021.02.11
13:11:43 -05'00'

*Issuing officer's signature*

City and state:  Washington, D.C.                                        Zia M. Faruqui, U.S. Magistrate Judge
                                                                                         *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 2/11/2021 , and the person was arrested on *(date)* 2/12/2021<br>at *(city and state)*  Palmyra, PA<br><br>Date: 2/12/2021<br><br>                                                                                    *Arresting officer's signature*<br><br>                                                                                    SA Daniel Wright<br>                                                                                    *Printed name and title* |

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Leo Brent Bozell IV<br>█████<br><br>*Defendant(s)* | ) ) ) ) ) ) ) Case: 1:21-mj-00222<br>Assigned to: Judge Faruqui, Zia M<br>Assign Date: 2/11/2021<br>Description: COMPLAINT W/ARREST WARRANT |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 6, 2021__ in the county of _____ in the
_____ District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 1512(c)(2) | Obstructing an official proceeding and attempting to do so |
| 18 U.S.C. Section 1752(a)(1) and (2) | Restricted building and grounds |
| 40 U.S.C. Section 5104(e)(2) | Disorderly conduct |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Lynda W. Thomas, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
__Telephone__ (specify reliable electronic means).

Date: __02/11/2021__

2021.02.11
13:12:12 -05'00'
*Judge's signature*

City and state: __Washington, DC__ __Zia M. Faruqui, U.S. Magistrate Judge__
*Printed name and title*

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>V.<br><br>LEO BRENT BOZELL IV,<br><br>Defendant. | Case: 1:21-mj-00222<br>Assigned to: Judge Faruqui, Zia M<br>Assign Date: 2/11/2021<br>Description: COMPLAINT W/ARREST WARRANT<br><br>**Filed Under Seal** |

## ORDER

This matter having come before the Court pursuant to the application of the United States to seal criminal complaint, the Court finds that, because of such reasonable grounds to believe the disclosure will result in flight from prosecution, destruction of or tampering with evidence, intimidation of potential witnesses, and serious jeopardy to the investigation, the United States has established that a compelling governmental interest exists to justify the requested sealing.

1. IT IS THEREFORE ORDERED that the application is hereby GRANTED, and that the affidavit in support of criminal complaint and other related materials, the instant application to seal, and this Order are sealed until the arrest warrant is executed.

2. IT IS FURTHER ORDERED that the Clerk's office shall delay any entry on the public docket of the arrest warrant until it is executed.

Date: February 11, 2021

2021.02.11
13:10:51
-05'00'

ZIA M. FARUQUI
UNITED STATES MAGISTRATE JUDGE

4

# MINUTE SHEET OF PROCEEDINGS HELD BEFORE
## SUSAN E. SCHWAB, UNITED STATES MAGISTRATE JUDGE
## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| USA v. | LEO BRENT BOZELL, IV | CRIMINAL NO. | 1:21-MJ-00020 |
|---|---|---|---|
| | | | District of Columbia: 1:21-MJ-00222 |

| Courtroom No. 5 | Date | 2/12/2021 | Time Commenced | 12:09 p.m. | Time Terminated | 12:24 p.m. |
|---|---|---|---|---|---|---|

| Charging Document: | | Indictment | | Information | | Petition for Revocation | X | Criminal Complaint |
|---|---|---|---|---|---|---|---|---|

| | X | Felony | X | Misdemeanor | | Petty Offense |
|---|---|---|---|---|---|---|

| Nature of Hearing: | RULE 5 Appearance |
|---|---|
| Gov't Counsel: | Michael Consiglio, AUSA | Defense Counsel: Lori Ulrich, AFPD |
| Interpreter: | N/A | Retained ( ) CJA ( ) FPD (X)  today only |

| X | Defendant Advised of Rights, Charges, Penalties | X | Defendant Requests Court Appointed Counsel | X | Appointed   Yes X   NO ☐ |
|---|---|---|---|---|---|

| X | Appearance in Charging District Set For: | Feb. 17, 2021 @ 1:00 p.m. via ZOOM before DCD Magistrate Judge Robin M. Meriweather |
|---|---|---|

**REMARKS**: - Court opens. AUSA present. Deft present w/ standby cnsl AFPD L. Urich s/p arrest on DCD complaint. AUSA confirms felony & misdemeanor charges. Ct advises deft of rt to cnsl. Deft does not submit FA, as only requires standby appt for this proceeding, will have retained counsel for all further proceedings. Ct appts AFPD L. Ulrich to rep deft today only stand-by. Deft confirms receipt & review of complaint & warrant & waives formal reading. AUSA summarizes charges & potential penalties. Ct advises deft of right to ID & Prelim Hrg. Deft waives ID hearing only & seeks preliminary hearing in charging court. Ct directs IA w/ DCD set for 1:00 p.m. on 2/17/21 via ZOOM before MJ R. Meriweather w/ Zoom invitation provided to deft cnsl & deft. Gov't does not seek detention, rather USP rec release w/ pretrial supervision & mx CORs, inc. travel restrictions, relinquish firearms. Deft does not contest. Ct orders deft released w/ PTS, travel restrictions, no entry gov't properties unless ct-related, relinquish firearms (to 3rd party friend), etc., pending IA @ DCD. Cnsl may keep bail rpt. Ct adjourned.

Court Reporter:   Wes Armstrong ( )    Lori Shuey ( )    Wendy Yinger ( )
Digitally Recorded (X )
Courtroom Deputy:  K. McKinney

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 1:21-MJ-00020 |
| v. | : | |
| LEO BRENT BOZELL, IV, | : | |
| Defendant | : | |

## ORDER

**IT IS ORDERED** that the Federal Public Defender, 100 Chestnut Street, Suite 306, Harrisburg, Pennsylvania, 17101, telephone number (717) 782-2237, is appointed to represent the defendant in today's Middle District of Pennsylvania Rule 5 proceedings only.

*S/Susan E. Schwab*
Susan E. Schwab
United States Magistrate Judge

Dated: February 12, 2021

AO 466A (Rev. 12/09) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

FILED
HARRISBURG, PA
FEB 12 2021
PER _____
DEPUTY CLERK

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 1:21-MJ-00020 |
| LEO BRENT BOZELL, IV | ) | |
| | ) | Charging District's Case No. 1:21-MJ-00222 |
| *Defendant* | ) | |

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* <u>District of Columbia</u>

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;

(5) a hearing on any motion by the government for detention;

(6) request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☒ an identity hearing and production of the warrant.

☐ a preliminary hearing.

☐ a detention hearing.

☒ an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 2-12-2021

*Defendant's signature*

Stand-by only
*Signature of defendant's attorney*

Lori Ulrich
*Printed name of defendant's attorney*

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 1:21-MJ-00020 |
| | ) | |
| LEO BRENT BOZELL, IV | ) | Charging District: District of Columbia |
| *Defendant* | ) | Charging District's Case No. 1:21-MJ-00222 |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: | USDC District of Columbia, Washington, D.C. before Magistrate Judge Robin M. Meriweather | Courtroom No.: | 4 *via ZOOM videoconference |
|---|---|---|---|
| | | Date and Time: | February 17, 2021 @ 1:00 p.m. |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: 02/12/2021

S/ Susan E. Schwab
*Judge's signature*

Susan E. Schwab, United States Magistrate Judge
*Printed name and title*

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

| | |
|---|---|
| United States of America<br>v.<br>LEO BRENT BOZELL, IV<br><br>*Defendant* | )<br>)<br>) Case No. 1:21-MJ-00020<br>)<br>)<br>) |

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release.

(2) The defendant must cooperate in the collection of a DNA sample if it is authorized by 42 U.S.C. § 14135a.

(3) The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at: as directed, including by ZOOM before District of Columbia court
_____
*Place*

on _____
*Date and Time*

If blank, defendant will be notified of next appearance.

(5) The defendant must sign an Appearance Bond, if ordered.

## ADDITIONAL CONDITIONS OF RELEASE

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( ) (6) The defendant is placed in the custody of:
Person or organization _____
Address *(only if above is an organization)* _____
City and state _____  Tel. No. _____
who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

Signed: _____     _____
                     *Custodian*                   *Date*

(X) (7) The defendant must:
   (X) (a) submit to supervision by and report for supervision to the _____,
        telephone number **(717) 901-2860**, no later than _____.
   ( ) (b) continue or actively seek employment.
   ( ) (c) continue or start an education program.
   (X) (d) surrender any passport to: **Clerk of Court**
   (X) (e) not obtain a passport or other international travel document.
   (X) (f) abide by the following restrictions on personal association, residence, or travel: **Middle District of PA, District of MD, District Columbia (for court-related purposes only), Virginia (for attorney appointments only), Lancaster Co PA for work**
   ( ) (g) avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including: _____
   ( ) (h) get medical or psychiatric treatment: _____
   ( ) (i) return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling, or the following purposes: _____
   ( ) (j) maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.
   (X) (k) not possess a firearm, destructive device, or other weapon. **(Relinquish firearms)**
   (X) (l) not use alcohol ( ) at all (X) excessively.
   (X) (m) not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
   (X) (n) submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.
   ( ) (o) participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.
   ( ) (p) participate in one of the following location restriction programs and comply with its requirements as directed.
        ( ) (i) **Curfew.** You are restricted to your residence every day ( ) from _____ to _____, or ( ) as directed by the pretrial services office or supervising officer; or
        ( ) (ii) **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer; or
        ( ) (iii) **Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court appearances or other activities specifically approved by the court.
   ( ) (q) submit to location monitoring as directed by the pretrial services office or supervising officer and comply with all of the program requirements and instructions provided.
        ( ) You must pay all or part of the cost of the program based on your ability to pay as determined by the pretrial services office or supervising officer.
   (X) (r) report as soon as possible, to the pretrial services office or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.
   (X) (s) **Do not enter any federal government facility or federal government grounds unless for court purposes only**

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

  (1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
  (2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
  (3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;
  (4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
Defendant's Signature

Palmyra PA
_____
City and State

### Directions to the United States Marshal

(✓) The defendant is ORDERED released after processing.
( ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: February 12, 2021

_____
Judicial Officer's Signature

SUSAN E. SCHWAB, UNITED STATES MAGISTRATE JUDGE
*Printed name and title*

DISTRIBUTION:   COURT   DEFENDANT   PRETRIAL SERVICE   U.S. ATTORNEY   U.S. MARSHAL

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

(*REDACTED*)

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| LEO BRENT BOZELL, IV | ) | Case No. 1:21-MJ-00020 |
| | ) | |
| Defendant | ) | |

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release.

(2) The defendant must cooperate in the collection of a DNA sample if it is authorized by 42 U.S.C. § 14135a.

(3) The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at: <u>as directed, including by ZOOM before District of Columbia court</u>
*Place*

on _____
*Date and Time*

If blank, defendant will be notified of next appearance.

(5) The defendant must sign an Appearance Bond, if ordered.

## ADDITIONAL CONDITIONS OF RELEASE

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( ) (6) The defendant is placed in the custody of:
Person or organization _____
Address *(only if above is an organization)* _____
City and state _____ Tel. No. _____
who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

Signed: _____
Custodian            Date

(X) (7) The defendant must:
  (X) (a) submit to supervision by and report for supervision to the _____,
          telephone number (717) 901-2860, no later than _____.
  ( ) (b) continue or actively seek employment.
  ( ) (c) continue or start an education program.
  (X) (d) surrender any passport to: Clerk of Court
  (X) (e) not obtain a passport or other international travel document.
  (X) (f) abide by the following restrictions on personal association, residence, or travel: Middle District of PA, District of MD, District Columbia (for court-related purposes only), Virginia (for attorney appointments only), Lancaster Co PA for work
  ( ) (g) avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including: _____
  ( ) (h) get medical or psychiatric treatment: _____
  ( ) (i) return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling, or the following purposes: _____
  ( ) (j) maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.
  (X) (k) not possess a firearm, destructive device, or other weapon. (Relinquish firearms)
  (X) (l) not use alcohol ( ) at all ( X ) excessively.
  (X) (m) not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
  (X) (n) submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.
  ( ) (o) participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.
  ( ) (p) participate in one of the following location restriction programs and comply with its requirements as directed.
        ( ) (i) Curfew. You are restricted to your residence every day ( ) from _____ to _____, or ( ) as directed by the pretrial services office or supervising officer; or
        ( ) (ii) Home Detention. You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer; or
        ( ) (iii) Home Incarceration. You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court appearances or other activities specifically approved by the court.
  ( ) (q) submit to location monitoring as directed by the pretrial services office or supervising officer and comply with all of the program requirements and instructions provided.
        ( ) You must pay all or part of the cost of the program based on your ability to pay as determined by the pretrial services office or supervising officer.
  (X) (r) report as soon as possible, to the pretrial services office or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.
  (X) (s) Do not enter any federal government facility or federal government grounds unless for court purposes only

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:
(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
*Defendant's Signature*

XXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXX
*City and State*

### Directions to the United States Marshal

(✔) The defendant is ORDERED released after processing.
(  ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: February 12, 2021        _____
*Judicial Officer's Signature*

SUSAN E. SCHWAB, UNITED STATES MAGISTRATE JUDGE
*Printed name and title*

DISTRIBUTION:  COURT  DEFENDANT  PRETRIAL SERVICE  U.S. ATTORNEY  U.S. MARSHAL

# United States District Court
# Middle District of Pennsylvania (Harrisburg)
# CRIMINAL DOCKET FOR CASE #: 1:21-mj-00020-SES All Defendants *SEALED*
# Internal Use Only

Case title: USA v. SEALED  
Other court case number: 1:21-MJ-00222 District of Columbia

Date Filed: 02/12/2021

Assigned to: Magistrate Judge Susan E. Schwab

**Defendant (1)**

**Leo Brent Bozell, IV**      represented by   **Lori J. Ulrich**
Federal Public Defender's Office
100 Chestnut Street
Suite 306
Harrisburg, PA 17101-2540
717-782-2237
Email: lori_ulrich@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**  
None

**Disposition**

**Highest Offense Level (Opening)**  
None

**Terminated Counts**  
None

**Disposition**

**Highest Offense Level (Terminated)**  
None

**Complaints**  
Obstruction of official proceedings and attempt to do so

**Disposition**

**Plaintiff**

Pennsylvania Middle District Version 6.1    https://pamd-ecf.sso.dcn/cgi-bin/DktRpt.pl?143794186680979-L_1_0-1
Case 1:21-cr-00216-JDB   Document 23   Filed 02/17/21   Page 15 of 16

| | |
|---|---|
| **USA** | represented by **Michael A. Consiglio** <br> U.S. Attorney's Office <br> Federal Building <br> Suite 220 <br> 228 Walnut Street <br> Harrisburg, PA 17108-1754 <br> 717-221-4482 <br> Email: michael.consiglio@usdoj.gov <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* <br> *Designation: Assistant US Attorney* |

| Date Filed | # | Docket Text |
|---|---|---|
| 02/12/2021 | 1 | SEALED COMPLAINT as to deft Leo Brent Bozell, IV (1). (ki) (Entered: 02/16/2021) |
| 02/12/2021 | 🔒 2 | *SEALED* HSD Filed. This is an Authorized HSD as defined in Section 1.a. of Standing Order 2021-2. (ki) (Entered: 02/16/2021) |
| 02/12/2021 | 🔒 3 | (Court only) Minute Entry from Rule 40 proceedings held before Magistrate Judge Susan E. Schwab for deft Leo Brent Bozell, IV on 2/12/2021. Rule 5 appearance, deft present w/ standby cnsl AFPD L. Urich s/p arrest on DCD complaint. AUSA confirms felony/misdemeanor charges. Ct advises deft of rt to cnsl. Deft does notsubmit FA, only requires standby appt & will have retained counsel for all further proceedings. Ct appts AFPD L. Ulrich to rep deft today only standby. Deft confirms receipt & review of complaint & warrant & waives formal reading. AUSA summary of charges & potential penalties. Ct advises deft of right to ID & Prelim Hrg. Deft waives ID hearing only, seeks PH hearing in DCD. Ct directs IA w/ DCD set for 1:00 p.m. on 2/17/21 via ZOOM before MJ R. Meriweatherw/ Zoom invitation provided to deft cnsl & deft. Govt does not seek detention, recs release w/ PTS, mx CORs. Deft does not contest. Ct orders deft released w/ PTS, travel restrictions, no entry govt properties unless ctrelated, relinquish firearms, pending IA @ DCD. Total Time in Court [:15] (ki) (Entered: 02/16/2021) |
| 02/12/2021 | 4 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER - Lori J. Ulrich. AFPD, appt'd for Leo Brent Bozell, IV, today only. Signed by Magistrate Judge Susan E. Schwab on 2/12/21. (ki) (Entered: 02/16/2021) |
| 02/12/2021 | 5 | WAIVER of Identity Hearing, Request for Preliminary Hearing in Prosecuting District as to deft Leo Brent Bozell, IV. (ki) (Entered: 02/16/2021) |
| 02/12/2021 | 6 | ORDER TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL as to Leo Brent Bozell, IV - Place: via ZOOM DCD before Magistrate Judge Robin M. Meriweather. Date and Time set for 2/17/2021 01:00 PM. (See order for complete details.)Signed by Magistrate Judge Susan E. Schwab on 2/12/21. (ki) (Entered: 02/16/2021) |
| 02/12/2021 | 🔒 7 | SEALED OSCR. (ki) (Entered: 02/16/2021) |
| 02/12/2021 | 8 | ORDER Setting Conditions of Release (REDACTED) for deft Leo Brent Bozell, IV. Signed by Magistrate Judge Susan E. Schwab on 2/12/21. (ki) (Entered: 02/16/2021) |

| 02/16/2021 |  | (Court only) Interested Party (ki) (Entered: 02/16/2021) |