# UNITED STATES DISTRICT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Case No. 21-cr-216 (JDB) |
| | ) | |
| **LEO BRENT BOZELL,** | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR ADMISSION *PRO HAC VICE* OF WILLIAM L. SHIPLEY

Pursuant to Local Civil Rule 83.2(d), John M. Pierce, a member of the bar of this Court and counsel for Defendant, hereby moves for the admission pro hac vice of William L. Shipley in the above-captioned case. In support of this motion, the undersigned states as follows:

1. I am a member in good standing of the Bar of this Court.

2. William L. Shipley is an attorney with Law Office of William L. Shipley & Associates, located at P.O. Box 745, Kailua, HI 96734. Mr. Shipley resides in Kailua, Hawaii where he practices remotely.

3. As set forth in the attached declaration, William L. Shipley is an active member in good standing of the state bar of Hawaii (9066).

4. William L. Shipley does not wish to be admitted generally, but for the purposes of this case only.

WHEREFORE, movant respectfully requests that the Court enter an order permitting William L. Shipley to appear *pro hac vice* in the above-captioned case.

Dated: November 15, 2021             /s/ John M. Pierce
                                                          John M. Pierce
                                                          355 S. Grand Avenue, 44th Floor
                                                          Los Angeles, CA 90071
                                                          Tel: (213) 262-9333
                                                          jpierce@piercebainbridge.com

                                                          *Attorneys for Defendant Leo Brent Bozell*

## **CERTIFICATE OF SERVICE**

    I hereby certify that, on March 18, 2021, this motion and the accompany declaration was filed via the Court's electronic filing system, which constitutes service upon all counsel of record.

                                                    /s/ John M. Pierce
                                                    John M. Pierce

**UNITED STATES DISTRICT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | Case No. 21-cr-216 (JDB) |
| | ) | |
| **LEO BRENT BOZELL,** | ) | |
| | ) | |
| Defendant. | ) | |

**DECLARATION OF WILLIAM L. SHIPLEY IN SUPPORT FOR
ADMISSION TO PRACTICE *PRO HAC VICE***

I, William L. Shipley, hereby certify under penalty of perjury that the following is true and correct:

1. I am the managing partner with the Law Office of William L. Shipley & Associates, located at P.O. Box 745, Kailua, HI 96734, tel: (808) 228-1341. I reside in Kailua, Hawaii where I practice remotely.

2. I am an active member in good standing of the state bar of Hawaii (SBN 9066).

3. I am a member in good standing of all the jurisdictions in which I am admitted to practice.

4. I have never been disciplined by any court, and no disciplinary proceedings are pending against me.

5. During the past two years, I have applied for admission *pro hac vice* in this Court only in one other matter. That matter is *United States v. James McGrew*, Crim. No. 1:21-cr-00398-BAH.

6.      I am familiar with the Local Rules of this Court, the provisions of the Judicial Code (Title 25 U.S.C.) which pertains to the jurisdiction of and practice in the United States District Courts, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Rules of Professional Conduct as adopted by the District of Columbia Court of Appeals, and the D.C. Bar Voluntary Standards for Civility in Professional Conduct.

Dated: November 15, 2021

                                                    s/ William L. Shipley
                                                   William L. Shipley
                                                   **LAW OFFICE OF WILLIAM L. SHIPLEY & ASSOCIATES**
                                                   P.O. Box 745
                                                   Kailua, HI 96734
                                                   Tel: (808) 228-1341
                                                   Email: 808Shipleylaw@gmail.com

# UNITED STATES DISTRICT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | Case No. 21-cr-216 (JDB) |
| | ) | |
| **LEO BRENT BOZELL,** | ) | |
| | ) | |
| Defendant. | ) | |

## [PROPOSED] ORDER

Upon consideration of Defendant's Motion for Admission *Pro Hac Vice* of William L. Shipley, Law Office of William L. Shipley & Associates, it is hereby ORDERED that the Motion is GRANTED. William L. Shipley is admitted *pro hac vice* and may appear on behalf of Defendant Leo Brent Bozell in the above-captioned matter.

Dated:_____, 2021

_____
United States District Judge