AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:21-cr-00216-JDB |
| LEO BRENT BOZELL | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

DEFENDANT LEO BRENT BOZELL.

Date: 11/17/2021

/s/ William L. Shipley
*Attorney's signature*

William L. Shipley
*Printed name and bar number*

Law Office of William L. Shipley & Associates
P.O. Box 745
Kailua, HI 96734
*Address*

808Shipleylaw@gmail.com
*E-mail address*

(808) 228-1341
*Telephone number*

*FAX number*