UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Case No. 1:21-cr-00216-JDB |
| | ) |
| | ) **District Judge John D. Bates** |
| LEO BRENT BOZELL IV, | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT BOZELL'S REPLY TO OPPOSITION TO MOTION TO DISMISS
COUNTS ONE, THREE, AND FOUR OF THE INDICTMENT**

John M. Pierce
**PIERCE BAINBRIDGE P.C.**
355 S. Grand Avenue, 44th Floor
Los Angeles, CA 90071
Tel: (213) 262-9333
jpierce@piercebainbridge.com

*Counsel for Defendant Leo Brent Bozell IV*

Defendant Leo Brent Bozell IV, through his counsel, submits this reply to the United States' Memorandum in Opposition to Defendant Bozell's Motion to Dismiss Counts One, Three, and Four of the Indictment.

Defendant Bozell acknowledges that since the date of the filing of this motion several opinions have been issued in other January 6th cases rejecting many/all of the arguments advanced here as a basis to dismiss counts charged in the Indictment.  The government has attached those opinions to its Opposition.

On December 24, 2021, Defendant Caldwell filed a Motion for Reconsideration from the order entered by Judge Mehta in United States v. Caldwell, 21 CR 28 APM.  That motion remains pending.  A copy of that motion is attached hereto, marked as Exhibit "A".  Defendant Bozell incorporates the arguments made by Defendant Caldwell in his Motion for Reconsideration as part of this Reply.

As of result of these opinions, Defendant Bozell will not submit further argument on each of the issues raised in the Motion and responded to by the Government in its Opposition, but will be prepared at the hearing to answer any questions the Court may have regarding the same.  Defendant Bozell believes a sufficient record has been made to preserve the issue for appellate review should that ever be necessary.

Dated: January 22, 2022                Respectfully yours,


/s/ John M. Pierce
John M. Pierce
**PIERCE BAINBRIDGE P.C.**
355 S. Grand Avenue, 44th Floor
Los Angeles, CA 90071
Tel: (213) 262-9333
jpierce@piercebainbridge.com

*Counsel for Defendant Leo Brent* Bozell *IV*

1

i

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 22 January 2022, I filed the foregoing motion with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following CM/ECF user(s):

And I hereby certify that I have mailed the document by United States mail, first class postage prepaid, to the following non-CM/ECF participant(s), addressed as follows: [none].

                                                                                                                                        _____

                                                                                                                                        John M. Pierce

3