UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **CRIMINAL NO. 21-cr-00216 (JDB)** |
| v. | : | |
| | : | |
| **LEO BRENT BOZELL IV,** | : | |
| | : | |
| Defendant. | : | |

### UNITED STATES' MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITY

The United States of America respectfully submits this motion for leave to file supplemental authority.

On January 21, 2022, defendant Leo Brent Bozell IV filed a reply brief (Dkt No. 36) in support of his motion to dismiss (Dkt No. 33). The reply brief drew the Court's attention to a motion for reconsideration that was, at the time, pending before Judge Mehta in *United States v. Caldwell*, 21-cr-00028.

On January 24, 2022, Judge Mehta denied the motion for reconsideration and issued a memorandum opinion attached hereto as Exhibit A. It is interests of justice for the Court to grant this motion for leave to file supplemental authority (Exhibit A), and to consider Judge Mehta's memorandum opinion in connection with the defendant's pending motion to dismiss.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:      _____/s/_____
Michael J. Friedman
Assistant United States Attorney
NY Bar No. 4297461
555 4th Street, N.W., Room 11-439
Washington, D.C. 20530
202-252-6765
Michael.Friedman@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL NO. 21-cr-00216 (JDB) |
| v. | : | |
| | : | |
| LEO BRENT BOZELL IV | : | |
| | : | |
| Defendant. | : | |

## PROPOSED ORDER

Having considered the United States of America's motion for leave to file supplemental authority (Judge Mehta's January 22, 2022, memorandum opinion in *United States v. Caldwell*, 1:21-cr-00028), and finding that granting the motion would be in the interests of justice, it is hereby ORDERED that the motion be, and hereby is, GRANTED.

IT IS SO ORDERED.

_____

The Hon. John D. Bates
United States District Judge