AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| United States of America | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  21-cr-216 (JDB) |
| Leo Brent Bozell IV | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States of America                                                                                                           .

Date:     01/26/2022                                          /s/ James I. Pearce
                                                                                      *Attorney's signature*

                                                                           James I. Pearce / NC Bar 44691
                                                                                *Printed name and bar number*
                                                                           Criminal Division, Appellate Section
                                                                                950 Pennsylvania Ave NW
                                                                                Washington, DC 20530

                                                                                          *Address*

                                                                             james.pearce@usdoj.gov
                                                                                   *E-mail address*

                                                                                  (202) 532-4991
                                                                                 *Telephone number*

                                                                                  (202) 305-2121
                                                                                   *FAX number*