# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | Case No.: 21-cr-216 (JDB) |
| : | |
| **LEO BRENT BOZELL IV,** : | |
| : | |
| **Defendant.** : | |

## NOTICE OF APPEARANCE

The undersigned, on behalf of the United States of America, hereby provides notice of substitution of counsel: Trial Attorney Ashley Akers should replace Assistant United States Attorney Michael J. Friedman as lead counsel on the case, and AUSA Friedman should be removed from the case.

Respectfully submitted,

DATED: May 6, 2022

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By: /s/ Ashley Akers
ASHLEY AKERS
MO Bar No. 69609
Trial Attorney, Detailee
1100 L Street NW
Washington, DC 20005
(202) 353-0521
Ashley.Akers@usdoj.gov