UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No.: 21-cr-216 (JDB) |
| | : | |
| **LEO BRENT BOZELL IV,** | : | |
| | : | |
| **Defendant.** | : | |

### JOINT MOTION TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT

The United States, through undersigned counsel, and defendant Leo Brent Bozell IV, through undersigned counsel, hereby file this motion to adjourn the status conference set for Monday, June 6, 2022, in the above-captioned matter, for approximately 40 days, until Monday, July 18, 2022. The parties request the additional time to engage in plea negotiations and continue to review discovery productions.

The parties request that the Court exclude the time until the status conference on July 18, 2022, pursuant to 18 U.S.C. § 3161 *et seq.*, on the basis that the ends of justice served by taking such actions outweigh the best interest of the public and the defendant in a speedy trial pursuant to the factors described in 18 U.S.C. § 3161(h)(7)(A).

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

By: /s/ Ashley Akers
ASHLEY AKERS
MO Bar No. 69609
Trial Attorney, Detailee
1100 L Street NW
Washington, DC 20005
(202) 353-0521
Ashley.Akers@usdoj.gov

*Attorneys for United States of America*

By: /s/ William Lee Shipley, Jr.
William Lee Shipley, Jr.
LAW OFFICE OF WILLIAM L. SHIPLEY
PO Box 745
Kailua, HI 96734
(808) 228-1341
Email: 808shipleylaw@gmail.com

*Attorney for Defendant*

<u>CERTIFICATE OF SERVICE</u>

On this 1st day of June, a copy of the foregoing was served on all parties via the Court's Electronic Filing System.

<u>By: /s/ Ashley Akers</u>
ASHLEY AKERS
MO Bar No. 69609
Trial Attorney, Detailee
1100 L Street NW
Washington, DC 20005
(202) 353-0521
Ashley.Akers@usdoj.gov