UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | Case No.: 21-cr-216 (JDB) |
| : | |
| **LEO BRENT BOZELL IV,** : | |
| : | |
| **Defendant.** : | |

**ORDER**

Based upon the representations in the Joint Motion to Continue and to Exclude Time Under the Speedy Trial Act, and upon consideration of the entire record, it is hereby

**ORDERED** that the motion is **GRANTED**; it is further

**ORDERED** that the currently scheduled status hearing on June 6, 2022 be continued for good cause to July 18, 2022; and it is further

**ORDERED** that the time between June 6, 2022 and July 18, 2022 shall be excluded from calculation under the Speedy Trial Act, *see* 18 U.S.C. § 3161(h)(7)(A). The Court finds that the ends of justice served by the granting of such a continuance outweighs the best interests of the public and the defendant in a speedy trial, as a continuance will provide the parties additional time to continue negotiating a potential pretrial resolution.

_____
THE HONORABLE JUDGE JOHN D. BATES