UNITED STATES DISTRICT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Case No. 21-cr-00216-JDB |
| | ) | |
| **LEO BRENT BOZELL IV,** | ) | |
| | ) | |
| Defendant. | ) | |

## WITHDRAWAL OF COUNSEL

Pursuant to Local Rule 44.5 of the Criminal Rules of Procedure for the Federal District Court of the District of Columbia, John M. Pierce hereby respectfully withdraws his appearance on behalf of Defendant Leo Brent Bozell IV in this matter. Defendant will continue to be represented herein by William Shipley, Jr., Law Offices of William L. Shipley.

The undersigned submits that this withdrawal will not unnecessarily delay trial of the case or be unfairly prejudicial to any party, or otherwise not be in the interests of justice.

Date: November 22, 2022            Respectfully Submitted,

*/s/ John M. Pierce*

John M. Pierce
21550 Oxnard Street
3d Floor, PMB#172
Woodland Hills, CA 91637
Tel: (213) 279-7648
Email: jpierce@johnpiercelaw.com

## **CERTIFICATE OF SERVICE**

I, John M. Pierce, hereby certify that on this day, November 22, 2022, I caused a copy of the foregoing document to be served on all counsel through the Court's CM/ECF case filing system.

                                                       /s/ John M. Pierce
                                                     John M. Pierce