## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **Case No.: 21-cr-216 (JDB)** |
| **v.** | : | |
| | : | |
| **LEO BRENT BOZELL IV,** | : | |
| | : | |
| | : | |
| **Defendant.** | : | |

### NOTICE OF APPEARANCE

The United States of America, through undersigned counsel, hereby informs the Court that Brendan Ballou is entering his appearance in the above-captioned matter as counsel for the United States.

Respectfully submitted,

DATED: January 9, 2023

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:     /s/ Brendan Ballou
Brendan Ballou
Special Counsel, Detailee
DC Bar No. 241592
950 Constitution Avenue NW
Washington, DC 20530
(202) 431-8493
brendan.ballou-kelley@usdoj.gov