UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | Case No. 21-cr-00216-JDB |
| | ) | |
| **LEO BRENT BOZELL,** | ) | |
| | ) | |
| **Defendant** | ) | |

# ERRATA FILING

## DEFENDANT LEO BOZELL'S MOTION TO CONTINUE TRIAL

William L. Shipley, Jr., Esq.
PO Box 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com

*Attorney for Defendant*

1

NOW comes Defendant Leo Bozell by and through his counsel of record, William L. Shipley, Jr., and respectfully files this motion to continue trial currently set to begin May 15, 2023.  Counsel for the parties have discussed the need for this motion.

***ERRATA ADDITION:  The Government recognizes that Defendant Bozell may seek a continuance of the trial date due to anticipated presentment of a superseding indictment to the grand jury.  The Government does not consent to such a continuance but will be available for a status conference without delay to discuss a new trial date should the Court grant the motion***.

On April 17, 2023, counsel for the Government informed the undersigned counsel that the Government will be seeking a Superseding Indictment the last week of April, and that Superseding Indictment will add two additional felony offenses. One will be a violation of 18 U.S.C. 111(a) – an offense not among the charges in the current indictment.

Pursuant to 18 U.S.C. Sec. 3161(c)(2), trial cannot commence less than 30 days following the return of a superseding indictment if new counts are added as a defendant will have not had notice and an opportunity to prepare to defend on the new counts.

~~Undersigned has conferred with Government Counsel who agrees the need to continue the trial due based on the superseding indictment which is expected to be obtained prior to July 15, 2023~~.

Counsel for both Mr. Bozell requests an immediate status conference in order to select a new trial date with the Court.

2

Dated: April 19, 2023             Respectfully submitted,

/s/ William L. Shipley
William L. Shipley, Jr., Esq.
PO BOX 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com