# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | CASE NO. 1:21-cr-00216 (JDB) |
| v. | : | |
| | : | |
| **LEO BRENT BOZELL IV,** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF WITHDRAWAL OF APPEARANCE

The United States respectfully provides this notice that undersigned counsel Michael J. Friedman withdraws his appearance in this case.

 

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:      /MJF/
Michael Friedman
Assistant United States Attorney
New York Bar 4297461
601 D Street, N.W.
Washington, DC 20530
Michael.Friedman@usdoj.gov
(202) 252-6765