# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| **v.** | ) | **Case No. 21-cr-00216-JDB** |
| | ) | |
| **LEO BRENT BOZELL,** | ) | |
| | ) | |
| | ) | |
| **Defendant** | ) | |
| | ) | |

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

Leo Brent Bozell

/s/ William L. Shipley
William L. Shipley, Jr., Esq.

I consent:
/s/Ashley Akers
Ashley Akers
Assistant United States Attorney

Approved:

_____          Date:_____
John D. Bates
United States District Judge

1