UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
v. ) Case No. 21-cr-00216-JDB
)
LEO BRENT BOZELL, )
)
Defendant )

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
Leo Brent Bozell

/s/ William L. Shipley
William L. Shipley, Jr., Esq.

I consent:
/s/Ashley Akers
Ashley Akers
Assistant United States Attorney

Approved:

John D. Bates
Digitally signed by John D. Bates
Date: 2023.08.16 12:52:58 -04'00'

Date:_____

John D. Bates
United States District Judge

1