**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| **v.** | ) | **Case No. 21-cr-00216-JDB** |
| | ) | |
| **LEO BRENT BOZELL,** | ) | |
| | ) | |
| | ) | |
| **Defendant** | ) | |
| | ) | |

### DEFENDANT LEO BOZELL'S CONSENT TO APPEAR VIA VIDEOCONFERENCE AND WAIVER OF IN-PERSON APPEARANCE

William L. Shipley, Jr., Esq.
PO Box 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com

*Attorney for Defendant*

NOW comes Defendant Leo Bozell by and through his counsel of record, William L. Shipley, Jr., and respectfully files this Waiver of Appearance pursuant to Fed. R. Crim. P. 10(c).

Defendant Bozell understands he has the right to appear in person for the arraignment and plea scheduled for Friday August 25, 2023, at 12:30 before this Honorable Court.

Defendant Bozell knowingly and voluntarily waives that right and consent to appear via videoconference.

Dated: August 24, 2023          Respectfully submitted,

/s/ William L. Shipley
William L. Shipley, Jr., Esq.
PO BOX 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com