UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | : | |
| :--- | :--- | :--- |
| | : | CASE NO. 21-CR-216 (JDB) |
| v. | : | |
| | : | |
| LEO BRENT BOZELL IV, | : | |
| | : | |
| Defendant. | : | |

### GOVERNMENT'S EXHIBIT LIST

| Exhibit Number | Description of Exhibit | Marked for ID | Received in Evidence | Witness |
| :---: | :---: | :---: | :---: | :---: |
| **00 Series: Physical Evidence** | | | | |
| 1 | iPhone Xs serial # F17XRDMWKPFQ | | | |
| 2 | Clothes, sweatshirt, winter hat, baseball hat, two scarves | | | |
| 3 | America flag Bandana with pin | | | |
| 4 | iPhone S Model A1688 Pink back | | | |
| 5 | iPhone S Model A1688 Silver back | | | |
| 6 | iPhone IMEI: 358539055370485 | | | |
| 7 | iPhone model A1349 White back | | | |
| **100 Series: U.S. Capitol Surveillance Footage** | | | | |
| 100 | Video Footage from USCP Camera – | | | |

1

|     |                                                                                              |  |  |  |
|-----|----------------------------------------------------------------------------------------------|--|--|--|
|     | Senate Wing Door beginning at 2:12 p.m.                                                     |  |  |  |
| 101 | Video Footage from USCP Camera – Senate Wing Door beginning at 2:22 p.m.                    |  |  |  |
| 102 | Video Footage from USCP Camera – Senate Carriage door beginning at 2:19 p.m.                |  |  |  |
| 103 | Video Footage from USCP Camera – Senate Carriage door beginning at 2:19 p.m. (12 seconds)   |  |  |  |
| 104 | Video Footage from USCP Camera – North Door Appt. Desk beginning at 2:13 p.m.               |  |  |  |
| 105 | Video Footage from USCP Camera – North Door Appt. Desk beginning at 2:58 p.m.               |  |  |  |
| 106 | Video Footage from USCP Camera – North Door Appt. Desk beginning at 3:07 p.m.               |  |  |  |
| 107 | Video Footage from USCP Camera – Brumidi Corridor beginning at 3:07 p.m.                    |  |  |  |
| 108 | Video Footage from USCP Camera – Memorial Door beginning at 2:29 p.m.                       |  |  |  |

| | | | | |
|---|---|---|---|---|
| **109** | Video Footage from USCP Camera – Ohio Clock beginning at 2:15 p.m. | | | |
| **110** | Video Footage from USCP Camera – Ohio Clock beginning at 2:17 p.m. | | | |
| **111?** | Video Footage from USCP Camera – Ohio Clock beginning at 2:55 p.m. | | | |
| **112** | Video Footage from USCP Camera – S207 beginning at 2:16 p.m. | | | |
| **113** | Video Footage from USCP Camera – East Corridor near S308 beginning at 2:40 p.m. | | | |
| **114** | Video Footage from USCP Camera – Senate Gallery SE near S309 beginning at 2:42 p.m. | | | |
| **115** | Video Footage from USCP Camera – Senate Gallery SE near S309 beginning at 2:48 p.m. | | | |
| **116** | Video Footage from USCP Camera – Rotunda Door Interior beginning at 2:37 p.m. | | | |
| **117** | Video Footage from ST22 Exterior beginning at 2:07 p.m. | | | |
| **118** | Video Footage from Upper Terrace West | | | |

| | | | | |
|---|---|---|---|---|
| | beginning at 2:09 p.m. | | | |
| 119 | Video Footage from Upper Terrace West beginning at 2:11 p.m. | | | |
| 120 | Video Footage from H230 beginning at 2:34 p.m. | | | |
| 120.1 | Photo leaving Speaker's Office | | | |
| 120.2 | Photo leaving Speaker's Office 2 | | | |
| 121 | Video Footage from Rotunda South beginning at 2:32 p.m. | | | |
| 122 | Video Footage from Rotunda South beginning at 2:36 p.m. | | | |
| 123 | Video Footage from Rotunda North beginning at 2:32 p.m. | | | |
| 124 | Video Footage from Rotunda North beginning at 2:36 p.m. | | | |
| 125 | Video Footage from Hall by S208 beginning at 2:15 p.m. | | | |
| 125.1 | Bozell outside Majority Whip Office | | | |
| 126 | Video Footage from Hall by S208 beginning at 2:17 p.m. | | | |
| 127 | Video Footage from Hall by S208 beginning at 2:18 p.m. | | | |

| | | | | |
|---|---|---|---|---|
| 128 | Video Footage from Hall by S208 beginning at 2:48 p.m. | | | |
| 129 | Video Footage from Hall by S208 beginning at 2:56 p.m. | | | |
| 130 | Video Footage from S309 beginning at 2:17 p.m. | | | |
| 131 | Video Footage from S309 beginning at 2:48 p.m. | | | |
| 132 | Video Footage from Rotunda Door Interior beginning at 2:38 p.m. | | | |
| 133 | Video Footage from Rotunda lobby east stairs beginning at 2:38 p.m. | | | |
| 134 | Video Footage from Gallery Stairs beginning at 2:40 p.m. | | | |
| 135 | Video Footage from Memorial Door at 2:27 p.m. | | | |
| 136 | Video footage from Motorcade Moving East Side of the Capitol at 1:58 p.m. | | | |
| 137 | CCTV evacuation of VP Pence | | | |
| 138 | Montage with Radio Runs w/ captions | | | |
| 139 | USCP Radio Runs – Breach of Capitol | | | |

| | | | | |
|---|---|---|---|---|
| 140 | USCP Radio Runs – Breach of Capitol (transcript) | | | |
| **200 Series: Photos** | | | | |
| 201 | Bozell handing items to rioters | | | |
| 202 | NW Stairs – Bozell pushing through | | | |
| 203 | Bozell in Rotunda | | | |
| 204 | Smashed window | | | |
| 205 | Capitol Building 3D Map (front) | | | |
| 206 | Map of Restricted Perimeter | | | |
| 207 | Photograph of Area Closed sign | | | |
| 208 | Photograph of Area Closed sign | | | |
| 209 | Photograph of Area Closed sign 1 | | | |
| 210 | Photograph of Area Closed sign 2 | | | |
| 211 | Photograph of Capitol | | | |
| 212 | Area Closed Sign | | | |
| 213 | Zoomed Capitol 3D Map – zoomed to West Front, aerial | | | |
| 214 | *Intentionally Blank* | | | |
| 215 | Photo of Sergeant Nichols on East Front | | | |

| | | | | |
|---|---|---|---|---|
| **216** | Photo of Sergeant Nichols on East Front | | | |
| **217** | Bozell exiting North door | | | |
| **218** | Moving CSPAN camera | | | |
| **219** | Bozell under Scaffolding | | | |
| **220** | Photo after coming through window | | | |
| **300 Series: Senate CSPAN Footage** | | | | |
| **301** | Senate Floor Camera 1 | | | |
| **302** | Senate Floor Camera 4 | | | |
| **303** | Senate Floor Camera 5 | | | |
| **304** | Senate Floor Camera 6 | | | |
| **305** | Senate Floor Camera 8 | | | |
| **400 Series: Third Party and Open Source Videos And Photos** | | | | |
| **400** | Bozell West Front | | | |
| **400.1** | Bozell West Front – Screenshot (cane in hand) | | | |
| **400.2** | Bozell West Front – Screenshot | | | |
| **401** | Bozell West Front 2 | | | |
| **402** | Bozell West Front 2 (clipped) | | | |

| | | | | |
|---|---|---|---|---|
| **402.1** | (clipped) | | | |
| **403** | Bike Rack Passed Forward | | | |
| **403.1** | Bike Rack passed forward – photo 1 | | | |
| **404** | Jayden X Video | | | |
| **404.1** | JaydenX _ Photo 1 | | | |
| **404.2** | JaydenX _ Photo 2 | | | |
| **404.3** | JaydenX _ Photo 3 | | | |
| **404.4** | JaydenX _ Photo4 | | | |
| **404.5** | JaydenX _ Photo 5 | | | |
| **405** | Open Source Video: Scaffolding | | | |
| **406** | Stairs Breach | | | |
| **407** | BG On the Scene Full | | | |
| **407.1** | BG On the Scene – Screenshot Rock in Hand | | | |
| **408** | SCNR Video | | | |
| **408.1** | SCNR Video Clip | | | |
| **409** | Route To Senate Wing | | | |
| **410** | Route To Senate Wing 2 | | | |
| **410.1** | Route To Senate Wing 2 (screenshot) | | | |
| **410.2** | Route To Senate | | | |

8

|  |  |  |  |  |
|---|---|---|---|---|
|  | Wing 2 (screenshot) |  |  |  |
| **411** | Window Break |  |  |  |
| **412** | RMG News – clip window smashing |  |  |  |
| **412.1** | RMG News (photo) |  |  |  |
| **412.2** | RMG News (photo) |  |  |  |
| **422** | Senate Wing Door 1 |  |  |  |
| **423** | Inside_the_2021_Storming (stairs clip) |  |  |  |
| **423.1** | Photo: Bozell ripping tarp at top of stairs |  |  |  |
| **423.2** | Photo: Bozell ripping tarp at top of stairs |  |  |  |
| **424.1** | Photo: Wall under stairs |  |  |  |
| **424.2** | Photo: Wall and officers blocking rioters underneath scaffolding |  |  |  |
| **424.3** | Photo: officer line |  |  |  |
| **424.4** | Photo: Bozell at front of breach under stairs |  |  |  |
| **424.5** | Photo: Bozell in breach under stairs |  |  |  |
| **424.6** | Photo: Bozell squatting behind bike rack |  |  |  |
| **424.7** | Photo: Bozell going around the wall under scaffolding |  |  |  |
| **425** | Initial Entry |  |  |  |

| | | | | |
|---|---|---|---|---|
| **426** | Entry into SWD | | | |
| **427** | Goodman on the stairs | | | |
| **428** | Goodman chase 1 | | | |
| **429** | Ohio Clock Corridor confront | | | |
| **430** | Staircase and law library | | | |
| **431** | Senate Carriage Door | | | |
| **432** | Senate Carriage Door 2 | | | |
| **432.1** | Photo | | | |
| **432.2** | Photo | | | |
| **433** | Back through Senate Wing Door Foyer | | | |
| **433** | Back through Senate Wing Door Foyer | | | |
| **435** | Colt Go Pro | | | |
| **435.1** | Photo 1 | | | |
| **435.2** | Photo 2 | | | |
| **435.3** | Photo 3 | | | |
| **435.4** | Photo 4 | | | |
| **435.5** | Photo 5 | | | |
| **435.6** | Photo 6 | | | |
| **436** | Breach from Outside | | | |
| **436.1** | Photo – Breach from Outside | | | |
| **437** | Rotunda breach from | | | |

| | | | | |
|---|---|---|---|---|
| | outside | | | |
| 437.1 | Rotunda Breach from Outside Photo 1 | | | |
| 438 | New Yorker Video | | | |
| 438 | Open Source – Exit | | | |
| 439 | Open source near SWD | | | |
| 440 | Back through Senate Wing Door Foyer | | | |
| 441 | BG On the Scene – Full | | | |
| 442 | *Intentionally Blank* | | | |
| 443 | Insurgence USA – full video | | | |
| 455 | Open Source Video | | | |
| 455.1 | Bozell at base of stairs | | | |
| 455.2 | Bozell at base of stairs watching violence | | | |
| 456 | Handheld NW steps | | | |
| 456.1 | Bozell next to lady | | | |
| 457.1 | Bozell – top of steps looking down | | | |
| 457.2 | Bozell – top of steps, hand to mouth | | | |
| 457.3 | Bozell – top of steps, hand to mouth | | | |
| **500 Series: Government Documents & Maps** | | | | |
| 501 | Architect of the Capitol – Window Cost Calculation | | | |

| 502 | Architect of the Capitol – Door Cost Calculation | | | |
|---|---|---|---|---|
| 503 | Closure of West Front for Inauguration Preparation | | | |
| 504 | Senate Congressional Record | | | |
| 505 | House Congressional Record | | | |
| 506 | 3 U.S.C. § 15 - highlighted | | | |
| 507 | 3 U.S.C. § 15 | | | |
| 508 | 3 U.S.C. § 16 | | | |
| 509 | 3 U.S.C. § 17 | | | |
| 510 | 3 U.S.C. § 18 | | | |
| 511 | Senate Concurrent Resolution 1 | | | |
| 512 | Screenshots from Senate Chamber Video | | | |
| 513 | Certificate Of Authenticity Of Domestic (Diego) | | | |
| 514 | Screenshots from House Chamber Video | | | |
| 515 | House Video Certification DOJ Affidavit | | | |
| 516 | Area Closed – Peace Circle | | | |
| 517 | Restricted Perimeter Map | | | |
| 518 | 3D Pic of Capitol – NW Stairs | | | |
| 519 | 3D Pic of Capitol – facing front | | | |
| 520 | 3D Pic of Capitol – | | | |

| | | | | |
|---|---|---|---|---|
| | aerial zoom | | | |
| 521 | 3D Pic of Capitol – aerial full | | | |
| 522 | 3D Pic of Capitol – aerial West | | | |
| 523 | *Intentionally Blank* | | | |
| 524 | Capitol First Floor Map | | | |
| 525 | Capitol Second Floor Map | | | |
| 526 | Capitol Third Floor Map | | | |
| 527 | Closure of West Front Police Order | | | |
| 528 | Ground Closure Announcement | | | |
| 529 | Head of State Cover Email | | | |
| 530 | Head of State Worksheet | | | |
| 531 | 3D Pic of Capitol – NW Stairs zoomed out | | | |
| 532 | Area Closed and Snow Fencing | | | |
| 533 | Area Closed and Snow Fencing 2 | | | |
| 534 | January 5 Pic of Snow Fencing and Area Closed | | | |
| 535 | Map of Senate Chamber on January 6, 2021 | | | |
| 536 | HOS Notification - Visit of Vice President Michael Pence to the U.S. Capitol | | | |
| 537 | Signed Declaration Of Jason Jolly | | | |
| 538 | USSS HOS | | | |

| | | | | |
|---|---|---|---|---|
| | Notification - Vice President Pence wife daughter 01.06.21 (redacted) | | | |
| 539 | *Intentionally Blank* | | | |
| 540 | 3D Pic of Capitol – aerial from North | | | |
| 541 | U.S. Constitution, Article II, Section 1 | | | |
| 542 | U.S. Constitution, Amend. XII | | | |
| **600 Series: Bozell Cell Phone** | | | | |
| 600 | Bozell Cell Phone Extraction | | | |
| 601 | Bozell Cell Phone content relevant to January 6 | | | |
| **900 Series: Stipulations** | | | | |
| 900 | Joint Stipulations | | | |
| 901 | Stipulated Testimony of Captain Carneysha Mendoza (United States Capitol Police) | | | |
| 901.1 | Exhibits for Captain Carneysha's Stipulated Testimony | | | |
| 902 | Stipulated Testimony of Lanelle Hawa (United States Secret Service) | | | |
| 902.1 | Exhibits for Ms. Hawa's Stipulated Testimony | | | |
| 903 | Stipulated Testimony of Daniel Schwager (former General Counsel, Secretary of | | | |

|  |  |  |  |  |
|---|---|---|---|---|
|  | the U.S. Senate) |  |  |  |
| 903.1 | Exhibits for Mr. Schwager's Stipulated Testimony |  |  |  |
| 904 | Stipulated Testimony of Edward Tippett's (Safeway) |  |  |  |
| 904.1 | Exhibits for Mr. Tippett's Stipulated Testimony |  |  |  |
| **1000 Series:  Enhanced** | | | | |
| 1000 | Side by Side: Govt Ex 118 and Govt Ex 406 |  |  |  |
| 1001 | Side by Side: Govt Ex 117 and Govt Ex 406 |  |  |  |
| 1002 | Govt Ex 407, Clipped and Indicator |  |  |  |
| 1003 | Govt Ex 117 indicators |  |  |  |
| 1004 | Side by Side: Govt Ex 117 and 118 |  |  |  |
| 1005 | Side by Side: Govt Ex 408 and 118 |  |  |  |
| 1006 | Govt Ex 410 Indicator |  |  |  |
| 1007 | Govt Ex 412, Clipped, Slow Motion, Counting |  |  |  |
| 1008 | Govt Ex 100, Clipped, Counting |  |  |  |
| 1009 | Bozell_videowork_request9_v2 |  |  |  |
| 1010 | Senate Montage, Compilation of Series 300 |  |  |  |
| 1011 | Side by Side: Govt Ex 100 & 407 |  |  |  |
| 1012 | Compilation of Entry: Govt Ex 407, 412, 100, 427, 428 |  |  |  |

15

| 1013 | Vice President Evacuation with Radio Traffic | | | |
|------|---------------------------------------------|--|--|--|

                        Respectfully submitted,

                        MATTHEW M. GRAVES
                        United States Attorney
                        D.C. Bar No. 481052

                        <u>/s/ Ashley Akers</u>

                        Ashley Akers
                        MO Bar No. 69601
                        Trial Attorney, Detailee
                        1100 L Street NW
                        Washington, DC 20005
                        (202) 353-0521
                        Ashley.Akers@usdoj.gov

                        Brendan Ballou
                        DC Bar No. 241592
                        Special Counsel, Detailee
                        950 Constitution Avenue NW
                        Washington, DC 20530
                        (202) 431-8493
                        Brendan.ballou-kelley@usdoj.gov