UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : CASE NO. 21-CR-216 (JDB) |
| | : |
| LEO BRENT BOZELL IV, | : |
| | : |
| Defendant. | : |
| | : |

**GOVERNMENT'S WITNESS LIST**

United States of America expects to call the following witnesses to testify at trial in this matter:

1. U.S. Capitol Police ("USCP") Officer Matthew Alpert
2. USCP Sergeant Adam DesCamp
3. USCP Captain Carneysha Mendoza
4. USCP Officer Adam McMahon
5. USCP Officer Joseph Moroziewicki
6. USCP Officer Bradley Murray
7. USCP Sergeant Victor Nichols
8. USCP Officer Bikram Singh
9. USCP Captain Sean Patton
10. USCP Officer Keith Robishaw
11. U.S. Secret Service Inspector Lanelle Hawa
12. Former Secretary of the Senate General Counsel Dan Schwager
13. Safeway Stores District Manager Edgar Tippet

1

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052


/s/ Ashley Akers
Ashley Akers
MO Bar No. 69601
Trial Attorney, Detailee
1100 L Street NW
Washington, DC 20005
(202) 353-0521
Ashley.Akers@usdoj.gov

Brendan Ballou
DC Bar No. 241592
Special Counsel, Detailee
950 Constitution Avenue NW
Washington, DC 20530
(202) 431-8493
Brendan.ballou-kelley@usdoj.gov