UNITED STATES DISTRICT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| ) | |
| **v.** ) | Case No. 21-cr-00216 JDB |
| ) | |
| **LEO BRENT BOZELL,** ) | |
| ) | |
| ) | |
| **Defendant** ) | |
| ) | |

**DEFENDANT LEO BOZELL'S EXHIBIT LIST**

William L. Shipley, Jr., Esq.
PO BOX 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com

*Attorney for Defendant*

1

| Exh. | Document | Marked For ID | Admitted |
|---|---|---|---|
| LB V-Exh 1 | 0113 Senate Carriage Door | | |
| LB V-Exh 2 | 0114 Senate Carriage Door | | |
| LB V-Exh 3 | 0123 North Door Appt. Desk | | |
| LB V-Exh 4 | 0124 North Door Appt Desk | | |
| LB V-Exh 5 | 0213-1 Ohio Clock Corr. | | |
| LB V-Exh 6 | 0213-2 Ohio Clock Corr. | | |
| LB V-Exh 7 | 0213-3 Ohio Clock Corr. | | |
| LB V-Exh 8 | 0214 S207 Video | | |
| LB V-Exh 9 | 0300 East Corr. | | |
| LB V-Exh. 10 | 0303 Senate Gallery 2:42 | | |
| LB V-Exh 11 | 0303 Senate Gallery 2:48 | | |
| LB V-Exh 12 | 0959 Rotunda South 2:32 | | |
| LB V-Exh 13 | 0960 Rotunda North 2:32 | | |

Dated: August 31, 2023

Respectfully submitted,

/s/ William L. Shipley
William L. Shipley, Jr., Esq.
PO BOX 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com

*Attorney for Defendant*