UNITED STATES DISTRICT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 21-cr-00216 JDB |
| ) | |
| LEO BRENT BOZELL, ) | |
| ) | |
| Defendant ) | |

**DEFENDANT LEO BOZELL'S EXHIBIT LIST**

William L. Shipley, Jr., Esq.
PO BOX 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com

*Attorney for Defendant*

1

| Exh. | Document | Marked For ID | Admitted | |
|---|---|---|---|---|
| LB V-Exh 1 | 0113 Senate Carriage Door | ✓ | ✓ | 9.8.23 |
| LB V-Exh 2 | 0114 Senate Carriage Door | | | |
| LB V-Exh 3 | 0123 North Door Appt. Desk | | | |
| LB V-Exh 4 | 0124 North Door Appt Desk | | | |
| LB V-Exh 5 | 0213-1 Ohio Clock Corr. | | | |
| LB V-Exh 6 | 0213-2 Ohio Clock Corr. | | | |
| LB V-Exh 7 | 0213-3 Ohio Clock Corr. | ✓ | ✓ | 9.8.23 |
| LB V-Exh 8 | 0214 S207 Video | | | |
| LB V-Exh 9 | 0300 East Corr. | | | |
| LB V-Exh. 10 | 0303 Senate Gallery 2:42 | | | |
| LB V-Exh 11 | 0303 Senate Gallery 2:48 | | | |
| LB V-Exh 12 | 0959 Rotunda South 2:32 | ✓ | ✓ | 9.8.23 |
| LB V-Exh 13 | 0960 Rotunda North 2:32 | | | |

Dated: August 31, 2023

Respectfully submitted,

/s/ William L. Shipley
William L. Shipley, Jr., Esq.
PO BOX 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com

*Attorney for Defendant*