UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | : | |
|---|---|---|
| | : | CASE NO. 21-CR-216 (JDB) |
| v. | : | |
| | : | |
| LEO BRENT BOZELL IV, | : | |
| | : | |
| Defendant. | : | |

## GOVERNMENT'S EXHIBIT LIST

| Exhibit Number | Description of Exhibit | Marked for ID | Received in Evidence | Witness |
|---|---|---|---|---|
|  | 00 Series: Physical Evidence | | | |
| 1 | iPhone Xs serial # F17XRDMWKPFQ | | | |
| 2 | Clothes, sweatshirt, winter hat, baseball hat, two scarves | | | |
| 3 | America flag Bandana with pin | | | |
| 4 | iPhone S Model A1688 Pink back | | | |
| 5 | iPhone S Model A1688 Silver back | | | |
| 6 | iPhone IMEI: 358539055370485 | | | |
| 7 | iPhone model A1349 White back | | | |
|  | 100 Series: U.S. Capitol Surveillance Footage  9/ | | | |
| 100 | Video Footage from USCP Camera – | ✓ | ✓ | V. Nichols 9.6.23 |

|     |     |     |     |     |
| --- | --- | --- | --- | --- |
|     | Senate Wing Door beginning at 2:12 p.m. |     |     |     |
| 101 | Video Footage from USCP Camera – Senate Wing Door beginning at 2:22 p.m. | ✓ | ✓ | D. Wright 9.7.23 |
| 102 | Video Footage from USCP Camera – Senate Carriage door beginning at 2:19 p.m. |     |     |     |
| 103 | Video Footage from USCP Camera – Senate Carriage door beginning at 2:19 p.m. (12 seconds) | ✓ | ✓ | D. Wright 9.7.23 |
| 104 | Video Footage from USCP Camera – North Door Appt. Desk beginning at 2:13 p.m. |     |     |     |
| 105 | Video Footage from USCP Camera – North Door Appt. Desk beginning at 2:58 p.m. | ✓ | ✓ | K. Robishaw 9.6.23 |
| 106 | Video Footage from USCP Camera – North Door Appt. Desk beginning at 3:07 p.m. | ✓ | ✓ | K. Robishaw 9.6.23 |
| 107 | Video Footage from USCP Camera – Brumidi Corridor beginning at 3:07 p.m. |     |     |     |
| 108 | Video Footage from USCP Camera – Memorial Door beginning at 2:29 p.m. |     |     |     |

| | | | | |
|---|---|---|---|---|
| 109 | Video Footage from USCP Camera – Ohio Clock beginning at 2:15 p.m. | ✓ | ✓ | K. Robishaw 9.6.23 |
| 110 | Video Footage from USCP Camera – Ohio Clock beginning at 2:17 p.m. | ✓ | ✓ | K. Robishaw 9.6.23 |
| 111? | Video Footage from USCP Camera – Ohio Clock beginning at 2:55 p.m. | ✓ | ✓ | K. Robishaw 9.6.23 |
| 112 | Video Footage from USCP Camera – S207 beginning at 2:16 p.m. | ✓ | ✓ | K. Robishaw 9.6.23 |
| 113 | Video Footage from USCP Camera – East Corridor near S308 beginning at 2:40 p.m. | ✓ | ✓ | K. Robishaw 9.6.23<br>D. Wright 9.7.23 |
| 114 | Video Footage from USCP Camera – Senate Gallery SE near S309 beginning at 2:42 p.m. | | | |
| 115 | Video Footage from USCP Camera – Senate Gallery SE near S309 beginning at 2:48 p.m. | | | |
| 116 | Video Footage from USCP Camera – Rotunda Door Interior beginning at 2:37 p.m. | | | |
| 117 | Video Footage from ST22 Exterior beginning at 2:07 p.m. | | | |
| 118 | Video Footage from Upper Terrace West | | | |

| | | | | |
|---|---|---|---|---|
| | beginning at 2:09 p.m. | | | |
| 119 | Video Footage from Upper Terrace West beginning at 2:11 p.m. | | | |
| 120 | Video Footage from H230 beginning at 2:34 p.m. | ✓ | ✓ | D. Wright 9.7.23 |
| 120.1 | Photo leaving Speaker's Office | | | |
| 120.2 | Photo leaving Speaker's Office 2 | | | |
| 121 | Video Footage from Rotunda South beginning at 2:32 p.m. | | | |
| 122 | Video Footage from Rotunda South beginning at 2:36 p.m. | | | |
| 123 | Video Footage from Rotunda North beginning at 2:32 p.m. | | | |
| 124 | Video Footage from Rotunda North beginning at 2:36 p.m. | | | |
| 125 | Video Footage from Hall by S208 beginning at 2:15 p.m. | | | |
| 125.1 | Bozell outside Majority Whip Office | | | |
| 126 | Video Footage from Hall by S208 beginning at 2:17 p.m. | | | |
| 127 | Video Footage from Hall by S208 beginning at 2:18 p.m. | | | |

4

| | | | | |
|---|---|---|---|---|
| 128 | Video Footage from Hall by S208 beginning at 2:48 p.m. | | | |
| 129 | Video Footage from Hall by S208 beginning at 2:56 p.m. | ✓ | ✓ | K. Robishaw 9.6.23 |
| 130 | Video Footage from S309 beginning at 2:17 p.m. | | | |
| 131 | Video Footage from S309 beginning at 2:48 p.m. | | | |
| 132 | Video Footage from Rotunda Door Interior beginning at 2:38 p.m. | ✓ | ✓ | D. Wright 9.7.23 |
| 133 | Video Footage from Rotunda lobby east stairs beginning at 2:38 p.m. | | | |
| 134 | Video Footage from Gallery Stairs beginning at 2:40 p.m. | | | |
| 135 | Video Footage from Memorial Door at 2:27 p.m. | | | |
| 136 | Video footage from Motorcade Moving East Side of the Capitol at 1:58 p.m. | | | |
| 137 | CCTV evacuation of VP Pence | | | |
| 138 | Montage with Radio Runs w/ captions | | | |
| 139 | USCP Radio Runs – Breach of Capitol | | | |

5

| | | | | |
|---|---|---|---|---|
| 140 | USCP Radio Runs – Breach of Capitol (transcript) | | | |
| **200 Series: Photos** | | | | |
| 201 | Bozell handing items to rioters | | | |
| 202 | NW Stairs – Bozell pushing through | | | |
| 203 | Bozell in Rotunda | | | |
| 204 | Smashed window | | | |
| 205 | Capitol Building 3D Map (front) | | | |
| 206 | Map of Restricted Perimeter | | | |
| 207 | Photograph of Area Closed sign | | | |
| 208 | Photograph of Area Closed sign | | | |
| 209 | Photograph of Area Closed sign 1 | | | |
| 210 | Photograph of Area Closed sign 2 | | | |
| 211 | Photograph of Capitol | | | |
| 212 | Area Closed Sign | | | |
| 213 | Zoomed Capitol 3D Map – zoomed to West Front, aerial | | | |
| 214 | *Intentionally Blank* | | | |
| 215 | Photo of Sergeant Nichols on East Front | | | |

| | | | | |
|---|---|---|---|---|
| 216 | Photo of Sergeant Nichols on East Front | | | |
| 217 | Bozell exiting North door | | | |
| 218 | Moving CSPAN camera | | | |
| 219 | Bozell under Scaffolding | | | |
| 220 | Photo after coming through window | | | |
| | **300 Series: Senate CSPAN Footage** ✓✓ K. Robishaw | | | |
| 301 | Senate Floor Camera 1 | ✓ | ✓ | K. Robshaw 9.6.23 |
| 302 | Senate Floor Camera 4 | ✓ | ✓ | K. Robshaw 9.6.23 |
| 303 | Senate Floor Camera 5 | ✓ | ✓ | K. Robshaw 9.6.23 |
| 304 | Senate Floor Camera 6 | ✓ | ✓ | K. Robishaw 9.6.23 |
| 305 | Senate Floor Camera 8 | ✓ | ✓ | K. Robishaw 9.6.23 |
| | **400 Series: Third Party and Open Source Videos And Photos** | | | |
| 400 | Bozell West Front | ✓ | ✓ | A. Descamp 9.6.23 |
| 400.1 | Bozell West Front – Screenshot (cane in hand) | | | |
| 400.2 | Bozell West Front – Screenshot | | | |
| 401 | Bozell West Front 2 | | | |
| 402 | Bozell West Front 2 (clipped) | | | |

| # | Description | | | Signature / Date |
|---|---|---|---|---|
| 402.1 | (clipped) | | | |
| 403 | Bike Rack Passed Forward | ✓ | ✓ | A. Descamp 9/6.23 |
| 403.1 | Bike Rack passed forward – photo 1 | | | |
| 404 | Jayden X Video | ✓ | ✓ | A. Descamp 9.6.23 |
| 404.1 | JaydenX _ Photo 1 | | | |
| 404.2 | JaydenX _ Photo 2 | | | |
| 404.3 | JaydenX _ Photo 3 | | | |
| 404.4 | JaydenX _ Photo4 | | | |
| 404.5 | JaydenX _ Photo 5 | | | |
| 405 | Open Source Video: Scaffolding | ✓ | ✓ | A. Descamp 9.6.23 |
| 406 | Stairs Breach | | | |
| 407 | BG On the Scene Full | ✓ | ✓ | V. Nichols 9.6.23 |
| 407.1 | BG On the Scene – Screenshot Rock in Hand | | | |
| 408 | SCNR Video | | | |
| 408.1 | SCNR Video Clip | | | |
| 409 | Route To Senate Wing | | | |
| 410 | Route To Senate Wing 2 | | | |
| 410.1 | Route To Senate Wing 2 (screenshot) | | | |
| 410.2 | Route To Senate | | | |

| | | | | |
|---|---|---|---|---|
| | Wing 2 (screenshot) | | | |
| 411 | Window Break | | | |
| 412 | RMG News – clip window smashing | | | |
| 412.1 | RMG News (photo) | | | |
| 412.2 | RMG News (photo) | | | |
| 422 | Senate Wing Door 1 | | | |
| 423 | Inside_the_2021_Storming (stairs clip) | ✓ | ✓ | A. Descamp 9.6.23 |
| 423.1 | Photo: Bozell ripping tarp at top of stairs | | | |
| 423.2 | Photo: Bozell ripping tarp at top of stairs | | | |
| 424.1 | Photo: Wall under stairs | ✓ | ✓ | D. wright 9.7.23 |
| 424.2 | Photo: Wall and officers blocking rioters underneath scaffolding | | | |
| 424.3 | Photo: officer line | | | |
| 424.4 | Photo: Bozell at front of breach under stairs | ✓ | ✓ | D. wright 9.7.23 |
| 424.5 | Photo: Bozell in breach under stairs | | | |
| 424.6 | Photo: Bozell squatting behind bike rack | | | |
| 424.7 | Photo: Bozell going around the wall under scaffolding | | | |
| 425 | Initial Entry | | | |

9

| | | | | |
|---|---|---|---|---|
| 426 | Entry into SWD | | | |
| 427 | Goodman on the stairs | | | |
| 428 | Goodman chase 1 | | | |
| 429 | Ohio Clock Corridor confront | | | |
| 430 | Staircase and law library | ✓ | ✓ | D. Wright 9.7.23 |
| 431 | Senate Carriage Door | | | |
| 432 | Senate Carriage Door 2 | ✓ | ✓ | D. Wright 9.7.23 |
| 432.1 | Photo | | | |
| 432.2 | Photo | | | |
| 433 | Back through Senate Wing Door Foyer | | | |
| 433 | Back through Senate Wing Door Foyer | | | |
| 435 | Colt Go Pro | ✓ | ✓ | K. Proddshow 9.6.23 |
| 435.1 | Photo 1 | | | |
| 435.2 | Photo 2 | | | |
| 435.3 | Photo 3 | | | |
| 435.4 | Photo 4 | | | |
| 435.5 | Photo 5 | | | |
| 435.6 | Photo 6 | | | |
| 436 | Breach from Outside | ✓ | ✓ | D. Wright 9.7.23 |
| 436.1 | Photo – Breach from Outside | | | |
| 437 | Rotunda breach from | | | |

| | | | | |
|---|---|---|---|---|
| | | outside | | |
| 437.1 | Rotunda Breach from Outside Photo 1 | | | |
| 438 | New Yorker Video | ✓ | ✓ | K. Robishaw 9.6.23 |
| 438 | Open Source – Exit | | | |
| 439 | Open source near SWD | | | |
| 440 | Back through Senate Wing Door Foyer | | | |
| 441 | BG On the Scene – Full | | | |
| 442 | *Intentionally Blank* | | | |
| 443 | Insurgence USA – full video | | | |
| 455 | Open Source Video | ✓ | ✓ | A. Descamp 9.6.23 |
| 455.1 | Bozell at base of stairs | | | |
| 455.2 | Bozell at base of stairs watching violence | | | |
| 456 | Handheld NW steps | | | |
| 456.1 | Bozell next to lady | | | |
| 457.1 | Bozell – top of steps looking down | | | |
| 457.2 | Bozell – top of steps, hand to mouth | | | |
| 457.3 | Bozell – top of steps, hand to mouth | | | |
| **500 Series: Government Documents & Maps** | | | | |
| 501 | Architect of the Capitol – Window Cost Calculation | | | |

| | | | | |
|---|---|---|---|---|
| 502 | Architect of the Capitol – Door Cost Calculation | | | |
| 503 | Closure of West Front for Inauguration Preparation | | | |
| 504 | Senate Congressional Record | | | |
| 505 | House Congressional Record | | | |
| 506 | 3 U.S.C. § 15 - highlighted | | | |
| 507 | 3 U.S.C. § 15 | | | |
| 508 | 3 U.S.C. § 16 | | | |
| 509 | 3 U.S.C. § 17 | | | |
| 510 | 3 U.S.C. § 18 | | | |
| 511 | Senate Concurrent Resolution 1 | | | |
| 512 | Screenshots from Senate Chamber Video | | | |
| 513 | Certificate Of Authenticity Of Domestic (Diego) | | | |
| 514 | Screenshots from House Chamber Video | | | |
| 515 | House Video Certification DOJ Affidavit | | | |
| 516 | Area Closed – Peace Circle | | | |
| 517 | Restricted Perimeter Map | | | |
| 518 | 3D Pic of Capitol – NW Stairs | | | |
| 519 | 3D Pic of Capitol – facing front | | | |
| 520 | 3D Pic of Capitol – | | | |

12

| | | | | |
|---|---|---|---|---|
| | aerial zoom | | | |
| 521 | 3D Pic of Capitol – aerial full | | | |
| 522 | 3D Pic of Capitol – aerial West | | | |
| 523 | *Intentionally Blank* | | | |
| 524 | Capitol First Floor Map | | | |
| 525 | Capitol Second Floor Map | | | |
| 526 | Capitol Third Floor Map | | | |
| 527 | Closure of West Front Police Order | | | |
| 528 | Ground Closure Announcement | | | |
| 529 | Head of State Cover Email | | | |
| 530 | Head of State Worksheet | | | |
| 531 | 3D Pic of Capitol – NW Stairs zoomed out | | | |
| 532 | Area Closed and Snow Fencing | | | |
| 533 | Area Closed and Snow Fencing 2 | | | |
| 534 | January 5 Pic of Snow Fencing and Area Closed | | | |
| 535 | Map of Senate Chamber on January 6, 2021 | | | |
| 536 | HOS Notification - Visit of Vice President Michael Pence to the U.S. Capitol | | | |
| 537 | Signed Declaration Of Jason Jolly | | | |
| 538 | USSS HOS | | | |

| | | | | |
|---|---|---|---|---|
| | Notification - Vice President Pence wife daughter 01.06.21 (redacted) | | | |
| 539 | *Intentionally Blank* | | | |
| 540 | 3D Pic of Capitol – aerial from North | | | |
| 541 | U.S. Constitution, Article II, Section 1 | | | |
| 542 | U.S. Constitution, Amend. XII | | | |
| **600 Series: Bozell Cell Phone** | | | | |
| 600 | Bozell Cell Phone Extraction | | | |
| 601 | Bozell Cell Phone content relevant to January 6 | | | |
| **900 Series: Stipulations** | | | | |
| 900 | Joint Stipulations | | | |
| 901 | Stipulated Testimony of Captain Carneysha Mendoza (United States Capitol Police) | | | |
| 901.1 | Exhibits for Captain Carneysha's Stipulated Testimony | | | |
| 902 | Stipulated Testimony of Lanelle Hawa (United States Secret Service) | | | |
| 902.1 | Exhibits for Ms. Hawa's Stipulated Testimony | | | |
| 903 | Stipulated Testimony of Daniel Schwager (former General Counsel, Secretary of | | | |

| | | | | |
|---|---|---|---|---|
| | the U.S. Senate) | | | |
| 903.1 | Exhibits for Mr. Schwager's Stipulated Testimony | | | |
| 904 | Stipulated Testimony of Edward Tippett's (Safeway) | | | |
| 904.1 | Exhibits for Mr. Tippett's Stipulated Testimony | | | |
| **1000 Series: Enhanced** | | | | |
| 1000 | Side by Side: Govt Ex 118 and Govt Ex 406 | ✓ | ✓ | B. Murray 9.6.23 |
| 1001 | Side by Side: Govt Ex 117 and Govt Ex 406 | | | |
| 1002 | Govt Ex 407, Clipped and Indicator | ✓ | ✓ | B. Murray 9.6.23 |
| 1003 | Govt Ex 117 indicators | ✓ | ✓ | A. Descamp 9.6.23 |
| 1004 | Side by Side: Govt Ex 117 and 118 | ✓ | ✓ | B. Murray 9.6.23 |
| 1005 | Side by Side: Govt Ex 408 and 118 | ✓ | ✓ | B. Murray 9.6.23 |
| 1006 | Govt Ex 410 Indicator | ✓ | ✓ | V. Nichols 9.6.23 |
| 1007 | Govt Ex 412, Clipped, Slow Motion, Counting | ✓ | ✓ | V. Nichols 9.6.23 |
| 1008 | Govt Ex 100, Clipped, Counting | ✓ | ✓ | V. Nichols 9.6.23 |
| 1009 | Bozell_videowork_request9_v2 | | | |
| 1010 | Senate Montage, Compilation of Series 300 | | | |
| 1011 | Side by Side: Govt Ex 100 & 407 | ✓ | ✓ | K. Robshaw 9.6.23 |
| 1012 | Compilation of Entry: Govt Ex 407, 412, 100, 427, 428 | | | |

| 1013 | Vice President Evacuation with Radio Traffic | ✓ | ✓ | K. Robishaw 9.6.23 |
|------|----------------------------------------------|---|---|---------------------|

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052


/s/ Ashley Akers

Ashley Akers
MO Bar No. 69601
Trial Attorney, Detailee
1100 L Street NW
Washington, DC 20005
(202) 353-0521
Ashley.Akers@usdoj.gov

Brendan Ballou
DC Bar No. 241592
Special Counsel, Detailee
950 Constitution Avenue NW
Washington, DC 20530
(202) 431-8493
Brendan.ballou-kelley@usdoj.gov

Government: ☒
Plaintiff: ☐
Defendant: ☐
Joint: ☐
Court: ☐

USA
vs.
Leo Bozell, IV

Civil/Criminal No. 21-216

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 221 | video | ✓ | ✓ | D. Wright 9.7.23 | |
| 625 | Pictures of Txt Mess. | ✓ | ✓ | " | |
| 608 | | ✓ | ✓ | " | |
| 603 | | ✓ | ✓ | " | |
| 609 | | ✓ | ✓ | " | |
| 608.A | | ✓ | ✓ | " | |
| 608.B | | ✓ | ✓ | " | |
| 628.A | | ✓ | ✓ | " | |
| 628.B | | ✓ | ✓ | " | |
| 604 | | ✓ | ✓ | " | |

Government ☒
Plaintiff ☐
Defendant ☐
Joint ☐
Court ☐

USA vs. Leo Bozell, IV   Civil/Criminal No. 21-216

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 604.A | Pictures of Tkt. | ✓ | ✓ | D. Wright 9.7.23 | |
| 607 | " | ✓ | ✓ | " | |
| 604.D | " | ✓ | ✓ | " | |
| 604.E | " | ✓ | ✓ | " | |
| 604.8 | " | ✓ | ✓ | " | |
| 628.F | " | ✓ | ✓ | " | |
| 628.13 | " | ✓ | ✓ | " | |
| 604.G | " | ✓ | ✓ | " | |
| 458 | " | ✓ | ✓ | " | |
| 677 | " | ✓ | ✓ | " | |

Government ☐
Plaintiff ☐
Defendant ☐
Joint ☐
Court ☑

USA
vs.
Leo Bozell, IV

Civil/Criminal No. 21-216

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 678 | Picture of text mess. | ✓ | ✓ | D. Wright 9.7.23 | |
| 608.H | " | ✓ | ✓ | " | |
| 609.D | " | ✓ | ✓ | " | |
| 621 | " | ✓ | ✓ | " | |
| 604.F | " | ✓ | ✓ | " | |
| 604.I | " | ✓ | ✓ | " | |
| 604.N | " | ✓ | ✓ | " | |
| 608.D | " | ✓ | ✓ | " | |
| 604.H | " | ✓ | ✓ | " | |
| 604.L | " | ✓ | ✓ | " | |

Government ☒
Plaintiff ☐
Defendant ☐
Joint ☐
Court ☐

USA
vs.
Leo Bozell, IV

Civil/Criminal No. 21-216

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 604.M | Picture of text mess. | ✓ | ✓ | D. Wright 9.7.23 | |
| 604.J | " | ✓ | ✓ | " | |
| 604.K | " | ✓ | ✓ | " | |
| 604.O | " | ✓ | ✓ | " | |
| 604 | " | ✓ | ✓ | " | |
| 900 | | ✓ | ✓ | " | |
| | | | | | |
| | | | | | |
| | | | | | |