NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C.   20001**

UNITED STATES OF AMERICA

vs.                                                    Criminal Number   1:21cr216

**LEO BRENT BOZELL IV**
                (Defendant)

TO:    ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED
ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:    (Please check one)

☐  CJA          ☑  RETAINED          ☐  FEDERAL PUBLIC DEFENDER

_____
(Signature)

**PLEASE PRINT THE FOLLOWING INFORMATION:**

Eric James Snyder (DC Bar ID #1001610)
_____
(Attorney & Bar ID Number)

McGuireWoods LLP
_____
(Firm Name)

888 16th St NW
_____
(Street Address)

Washington, DC 20006
_____
(City)          (State)          (Zip)

(202) 857-1700
_____
(Telephone Number)