# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA
### (HONORABLE JOHN D. BATES)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 1:21cr216 |
| Plaintiff, ) | |
| ) | UNOPPOSED MOTION TO |
| vs. ) | CONTINUE SENTENCING |
| ) | |
| BRENT BOZELL IV, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

    I, Eric Snyder, Counsel for Defendant Brent Bozell IV, respectfully ask the Court to continue his sentencing hearing, which is currently scheduled for January 9th, 2024, to April 9th, 2024. The motion is unopposed by the Government.

    I was just recently retained and I submitted a notice of appearance only this Tuesday, November 28th. On that same day, I also received the trial transcript in this matter. Furthermore, the receipt of the presentence report has not yet been finalized, and the new Probation Officer who was handling this matter has been transferred to a new district. U.S. Probation has therefore requested that this sentencing be postponed for 90 days to allow a new officer to be assigned and produce a presentence report.

    I have discussed this request for postponement with the Government and they do not oppose the request.

    Hence, I move this Honorable Court to continue his Sentencing until April 9th of 2024.

Respectfully Submitted,

/s/ Eric Snyder

ERIC SNYDER
888 16th St NW
Washington, DC 20006
Phone: (202) 857-1700
Fax: (212) 548-7113
E: esnyder@mcguirewoods.com
Attorney for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on December 1, 2023, the foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all parties in interest including the Assistant United States Attorney Ashley Akers.

                                                                                                                                     /s/ Eric Snyder