UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| ) | |
| **v.** ) | Case No. 21-cr-00216-JDB |
| ) | |
| **LEO BRENT BOZELL,** ) | |
| ) | |
| ) | |
| **Defendant** ) | |
| ) | |

## MOTION TO WITHDRAW AS COUNSEL

          William L. Shipley, Jr., Esq.
          PO Box 745
          Kailua, Hawaii 96734
          Tel: (808) 228-1341
          Email: 808Shipleylaw@gmail.com

*Attorney for Defendant*

1

NOW COMES William L. Shipley, Esq., counsel to Defendant Bozell and respectfully files for leave from this Honorable Court to withdraw as counsel for the defendant. As grounds for this motion, Attorney Shipley states the following:

1. On November 20, 2023 Defendant Bozell informed undersigned he would be retaining new counsel to handle the sentencing portion of the case.

2. Defendant Bozell informed undersigned he wished for undersign to withdraw.

3. On November 28, 2023, Attorney Eric Snyder filing a notice of appearance in this matter. *See* ECF. No. 74.

Wherefore, this Court should grant Attorney Shipley's motion to withdraw as counsel to Defendant Bozell.

Dated: December 11, 2023                         Respectfully submitted,

/s/ William L. Shipley
William L. Shipley, Jr., Esq.
PO BOX 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com