UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** )<br>)<br>)<br>**v.** )<br>)<br>**LEO BRENT BOZELL,** )<br>)<br>)<br>**Defendant** )<br>) | Case No. 21-cr-00216-JDB |

APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

    I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Leo Bozell


Dated: March 9, 2024                    Respectfully Submitted,

                                                            /s/ William L. Shipley
                                                            William L. Shipley, Jr., Esq.
                                                            PO BOX 745
                                                            Kailua, Hawaii 96734
                                                            Tel: (808) 228-1341
                                                            Email: 808Shipleylaw@gmail.com

                                                            *Attorney for Defendant*