UNITED STATES DISTRICT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| ) | |
| v. ) | Case No. 21-cr-00216 JDB |
| ) | |
| **LEO BRENT BOZELL,** ) | |
| ) | |
| ) | |
| **Defendant** ) | |
| ) | |

**DEFENDANT LEO BRENT BOZELL'S MOTION TO
CONTINUE SENTENCING HEARING AND FILING DEADLINES**

William L. Shipley
PO Box 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com

Eric Snyder
888 16th St NW
Washington, DC 20006
Phone: (202) 857-1700
Fax: (212) 548-7113
E: esnyder@mcquirewoods.com

*Attorney for Defendant*

1

COMES NOW Defendant Leo Brent Bozell, by and through his undersigned counsel of record Eric Snyder and William L. Shipley, and respectfully request that this Court continue the sentencing hearing in this matter, scheduled for April 4, 2024, and deadlines for filing statements related thereto.

On September 08, 2023, Defendant Bozell was found guilty after a bench trial before this Court on Counts 1 through 10 of the Superseding indictment. *See* 09/08/2023 Minute Entry.

As the Court will recall, Defendant Bozell conceded his guilt on all the charges other than the violations of 18 U.S.C. Section 111(a), and 18 U.S.C Section 1512(c)(2).

On November 28, 2023, Attorney Eric Snyder filed a Notice of Appearance and Attorney William Shipley moved to withdraw as counsel of record for the sentencing portion of the case. *See* ECF No. 74.

On December 01, 2023, due to the substitution of counsel Defendant Bozell moved to continue the sentencing to provide his new counsel the additional time needed to review the case and the outcome of the trial. This Court granted that motion on December 4, 2023, and reset the sentencing hearing for April 4, 2024. *See* ECF No. 75.

After reviewing the trial record, the PSR, and the Government's submission to the Probation Officer -- suggesting a guideline calculation resulting in a recommended Guideline Range of **262 to 327 months** because on two broken windows -- Defendant Bozell sought to have trial counsel

William L. Shipley reenter the case as co-counsel with Attorney Eric Snyder for purposes of the sentencing phase of the case.

Attorney Shipley filed a Notice of Appearance on March 9, 2024, and has begun to review with Mr. Bozell and co-Counsel Snyder the Government's sentencing recommendation, as well as the draft PSR.

The Government's legal and factual assertions include many questionable applications of sentencing enhancements for both legal and factual reasons, including a request to apply the "Terrorism Enhancement" under U.S.S.G. Sec. 3A1.4.

Since the preparation of the PSR, the Circuit Court of Appeals for the District of Columbia has issued its opinion in *United States v. Brock*, dramatically altering the sentencing factors that might come into play on Mr. Bozell's conviction under Sec. 1512(c)(2).

In addition, as this Court is aware, the legal viability of a conviction under Sec. 1512(c)(2) will be resolved by the United States Supreme Court in *United States v. Fischer* before the end of the Court's current term.

Counsel for Mr. Bozell are informed and believe, and based on that information and belief assert that additional video evidence in mitigation – not available to the defense at the time of trial because it was not yet released by Congress to the Department of Justice and to the public – will become available to Defendant Bozell's counsel through a request to one or more Congressional Committees currently reviewing additional video evidenced not yet made public.  Defendant Bozell's attorneys believe it this video evidence will

3

be crucial to the Court's decision as to whether to apply the terrorism enhancement sought by the Government.

The videos will include additional acts by Mr. Bozell while inside the Capitol where he came to the assistance of law enforcement officers. These videos rebut the standard in set forth in 18 U.S.C. Sec. 2332b which defines and "act of terrorism" to include any act that:

> … creates a substantial risk of serious bodily injury to any other person by destroying or damaging any structure, conveyance, or other real or personal property within the United States or by attempting or conspiring to destroy or damage any structure, conveyance, or other real or personal property within the United States

Defendant Bozell was released on terms and conditions of pretrial release following his arrest, and has remained on the same terms and conditions following his conviction.

Based on the foregoing, Defendant Bozell requests this Court to continue his sentencing and all filing deadlines.

Dated: March 12, 2024                    Respectfully submitted,

/s/ Eric Snyder
Eric Snyder
888 16th St NW
Washington, DC 20006
Phone: (202) 857-1700
Fax: (212) 548-7113
E: esnyder@mcquirewoods.com


/s/ William L. Shipley
William L. Shipley, Jr., Esq.

                    PO BOX 745
                    Kailua, Hawaii 96734
                    Tel: (808) 228-1341
                    Email: 808Shipleylaw@gmail.com

*Attorneys for Defendant*