IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(HONORABLE JOHN D. BATES)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 1:21cr216 |
| Plaintiff, | ) | |
| | ) | REQUEST FOR POSTOPONEMENT OF DEFENDANT'S SENTENCING HEARING |
| vs. | ) | |
| | ) | |
| LEO BRENT BOZELL IV, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

We, William L. Shipley and Eric Snyder, Counsel for Defendant Leo Brent Bozell IV, respectfully ask the Court to postpone Mr. Bozell's sentencing hearing on a date not later than July 15th, 2024. I request the continuance of Mr. Bozell's sentencing hearing, which is currently scheduled for May 2nd, 2024.

Given the D.C. Circuit Court's recent decision in *United States v. Brock* and the pending outcome of *United States v. Fischer* this coming June, we believe that postponement of the aforementioned dates in Mr. Bozell's case would have a material impact on the outcome of his sentencing in light of the argument before the United States Supreme Court in *United States v. Fischer*, on April 16, 2024, and what seems to be a strong belief across the legal community that 18 USC 1512(c)(2) may not apply to conduct engaged in by Mr. Bozell on January 6, 2021.

Here, we have Mr. Bozell, who accepted guilt for Counts 2, 3, 4, and Counts 6-10,[1] but contested, as he needed to, this charge and the assault, in that he did not commit any assault, nor any acts of violence. At the time that Mr. Bozell elected to go to trial, he could not accept a plea deal in which he would be he would be required to accept a combined 11-levels from guideline enhancements, pursuant to USSG §2J1.2(b)(1)(B) and USSG §2J1.2(b)(2), which have now been struck down by the D.C. Circuit in *Brock*.[2] Mr. Bozell was not Obstructing an Official Proceeding and Aiding and Abetting. Hence, given the distinct possibility that the Supreme Court could strike down these offenses, it seems more efficient for both the Court and the parties to push off sentencing until after a ruling is issued, which is anticipated to be in late June or early July.

We therefore move this Honorable Court to schedule the sentencing hearing for a date not later than July 15th, 2024.

---

[1] Counts 2-3: Destruction of Government Property and Aiding and Abetting - 18 USC §§ 1361 and 2; Count 4: Civil Disorder - 18 USC § 231(a)(3); Count 6: Entering and Remaining in a Restricted Building and Grounds - 18 USC § 1752(a)(1); Count 7: Disorderly and Disruptive a Restricted Building and Grounds - 18 USC § 1752(a)(2); Count 8: Disorderly Conduct in a Capitol Building - 40 USC § 5104(e)(2)(D); Count 9: Act of Physical Violence in the Capitol Grounds or Buildings - 40 USC § 5104(e)(2)(F); Count 10: Parading, Demonstrating, or Picketing in a Capitol Building - 40 USC § 5104(e)(2)(G).

[2] *United States v. Brock*, No. 23-3045 21 (D.C. Cir. 2024).

Respectfully Submitted,

/s/ William L. Shipley & Eric Snyder
_____

WILLIAM L. SHIPLEY
Shipley Law Offices
Kailua, Hawaii 96734
Phone: 808-228-1341
Email: 808Shipleylaw@gmail.com
Attorney for Defendant


ERIC SNYDER
888 16th St NW
Washington, DC 20006
Phone: (202) 857-1700
Fax: (212) 548-7113
Email: esnyder@mcguirewoods.com
Attorney for Defendant

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 18, 2024, the foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all parties in interest including the Assistant United States Attorney Ashley Akers.

/s/ William L. Shipley & Eric Snyder