# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **CRIMINAL NO. 21-cr-00216 (JDB)** |
| v. | : | |
| | : | |
| **LEO BRENT BOZELL IV,** | : | |
| | : | |
| **Defendant.** | : | |

## CONSENT MOTION TO EXTEND TIME TO FILE SENTENCING MEMORANDUM

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this consent motion to extend the parties' deadlines to submit sentencing memorandum by seven days, to and including May 3, 2024. If the Court grants this consent motion, it would necessarily require a short continuance of the sentencing date, which is currently scheduled for May 2, 2024.[1]  Counsel for the defendant consents to this request.

Good cause supports this request. As noted in the Final PSR filed on April 25, 2024, ECF No. 86 at 29, the defendant's convictions on Counts Two and Three implicate the application of U.S.S.G. § 3A1.4(a), which provides a substantial increase in offense level and criminal history category "if [the defendant's] offense is a felony that involved, or was intended to promote" a federal crime of terrorism as defined in 18 U.S.C. § 2332b(g)(5). The potential application of this adjustment appropriately necessitates considerable review. To ensure adequate time for necessary review and approvals, undersigned counsel respectfully requests an extension of time of one week

---

[1] Undersigned counsel is scheduled to be in trial before Judge Walton on the week of May 6, 2024. However, undersigned counsel is available for sentencing in this matter the week of May 13, 2024.

for the parties to file the sentencing memorandum. The parties are prepared to provide availability for sentencing in May 2024.

                                              Respectfully submitted,

                                              MATTHEW M. GRAVES  
                                              United States Attorney  
                                              D.C. Bar No. 481052

By:    /s/ Ashley Akers  
         Ashley Akers  
         Trial Attorney  
         Missouri Bar No. 69601  
         601 D Street NW  
         Washington, D.C. 20005  
         (202) 353-0521  
         Ashley.Akers@usdoj.gov