UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CASE NO. 1:21-CR-216 (JDB) |
| | : | |
| LEO BRENT BOZELL IV, | : | |
| | : | |
| Defendant. | : | |

**GOVERNMENT'S SENTENCING MEMORANDUM SUPPLEMENT**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this supplemental sentencing memorandum in connection with the above-captioned matter. As noted in the Court's May 8, 2024 Minute Order, the Court requested that the government submit a list of January 6 cases:

1. In which the government sought to apply the terrorism enhancement itself, U.S.S.G. § 3A1.4 (as opposed to a departure pursuant to Application Note 4), and when it was in fact applied; and

2. In which the government sought to apply U.S.S.G. § 2B1.5 to a destruction of government property count (in violation of 18 U.S.C. § 1361), and when it was in fact applied.

In response to the first question, the government has sought to apply the adjustment under U.S.S.G. § 3A1.4(a) and (b) for at least six January 6 defendants:

| Defendant | Docket Number | Applied by the Court? |
|---|---|---|
| Joseph Randall Biggs | 21-cr-175 (TJK) | Yes. Sentencing Tr. at 32-33 (Aug. 31, 2023). |
| Shane Jenkins | 21-cr-245 (APM) | No.[1] Sentencing Tr. at 15-16 (Oct. 6, 2023). |
| Ethan Nordean | 21-cr-175 (TJK) | Yes. Sentencing Tr. at 38-41 (Sept. 1, 2023). |
| Zachary Rehl | 21-cr-175 (TJK) | Yes. Sentencing Tr. at 24-25 (Aug. 31, 2023). |

---

[1] The government has noticed its intent to appeal the district court's denial of the adjustment under U.S.S.G. § 3A1.4. *See United States v. Jenkins*, No. 23-3223, Doc. 2042014 (D.C. Cir. Feb. 23, 2024).

| Dominic Pezzola | 21-cr-175 (TJK) | Yes. Sentencing Tr. at 41-42 (Sept. 1, 2023). |
| Henry "Enrique" Tarrio | 21-cr-175 (TJK) | Yes. Sentencing Tr. at 35-37 (Sept. 5, 2023). |

In response to the second question, the government has sought to apply the U.S.S.G. § 2B1.5 guideline in at least three felony January 6 cases[2] with 18 U.S.C. § 1361 convictions:

| Defendant | Docket Number | Applied by the Court? |
|---|---|---|
| Shane Jenkins | 21-cr-245 (APM) | Not addressed by the Court. Sentencing Tr. at 23 (Oct. 6, 2023). |
| Dominic Pezzola | 21-cr-175 (TJK) | Yes. Sentencing Tr. at 37 (Sept. 1, 2023). |
| Nicholas Rodean | 21-cr-57 (TNM) | Yes. Sentencing Tr. at 10 (Oct. 26, 2022). |

Respectfully submitted,

DATED: May 14, 2024

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:   /s/ Ashley Akers
Ashley Akers
MO Bar No. 69601
Trial Attorney
1100 L Street NW
Washington, DC 20005
(202) 353-0521
Ashley.Akers@usdoj.gov

Brendan Ballou
Special Counsel
DC Bar No. 241592
United States Attorney's Office
601 D Street NW
Washington, DC 20001

---

[2] The government has not tracked guidelines calculations for violations of 18 U.S.C. § 1361 in cases with only misdemeanor convictions, and the government less frequently purchases transcripts for the high-volume of January 6 misdemeanor cases.

(202) 431-8493
brendan.ballou-kelley@usdoj.gov