UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**  )<br>)<br>)<br>**v.**                                                           )<br>)<br>**LEO BRENT BOZELL,**                         )<br>)<br>)<br>           **Defendant**         )<br>) | Case No. 21-cr-00216-JDB |

**MOTION TO WITHDRAW AS COUNSEL**

           William L. Shipley, Jr., Esq.
           PO Box 745
           Kailua, Hawaii 96734
           Tel: (808) 228-1341
           Email: 808Shipleylaw@gmail.com

*Attorney for Defendant*

1

NOW COMES William L. Shipley, Esq., counsel to Defendant Bozell and respectfully files for leave from this Honorable Court to withdraw as counsel for the defendant. Eric Snyder will remain as counsel of record.

Wherefore, this Court should grant Attorney Shipley's motion to withdraw as counsel to Defendant Bozell.

Dated: May 17, 2024            Respectfully submitted,

/s/ William L. Shipley
William L. Shipley, Jr., Esq.
PO BOX 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com