**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

---------------------------------------------------
)
**UNITED STATES OF AMERICA**        )
)
vs.                          )
)         **Case No. 21-cr-00216 JDB**
)
**LEO BRENT BOZELL IV,**             )
)
**Defendant.**             )
)
---------------------------------------------------

### DEFENDANT'S APPLICATION FOR BAIL PENDING APPEAL

Defendant LEO BRENT BOZELL, IV, by and through his attorneys, respectfully submits this application for bail pending appeal, in light of the U.S. Supreme Court's decision in *Fischer v. United States,* 603 U.S. ___ (2024), and, specifically, the Supreme Court's ruling on the application of 18 U.S.C. § 1512(c)(2). As this Court is aware, on May 31, 2024, Defendant filed a Notice of Appeal (Dckt. # 96) to the U.S. Court of Appeals, D.C. Circuit. Defendant, who has been instructed to report to FCI Loretto –on July 25, 2024, requests that bail be granted through the pendency of that appeal.

Pursuant to 18 U.S.C. § 3143(b), Defendant does not present a flight risk nor does he pose a danger to others or to his community. Moreover, Defendant's appeal was filed to resolve a substantial question of law that results from the *Fischer* decision regarding the Government's exercise of § 1512(c)(2) and the resulting sentence under that provision. Thus, this Application does not seek to impermissibly or unnecessarily delay the proceedings, as prohibited by § 3143(b)(1)(B). Indeed, the appeal will likely result in a reversal, in part, in light of the *Fischer* decision.

In order to handle the appeal of the judgment against the Defendant in an efficient manner, we have consulted with the Government regarding how best to proceed to dismiss the § 1512(c) count, in light of *Fischer*. While the Government is working with us on how we should deal with this issue on appeal, the Government objects to our request for the Defendant to remain on bail pending appeal.

Dated: July 18, 2024                                    Respectfully Submitted,

/s/ Eric Snyder
Eric Snyder
888 16th St. NW
Washington, DC 20006
Phone: (202) 857-1700
Fax: (212) 548-7113
Email: esnyder@mcguriewoods.com

*Counsel for Leo Brent Bozell IV*