# United States Court of Appeals

FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 24-3080**　　　　　　　　　　　　　　　　　　**September Term, 2024**

1:21-cr-00216-JDB-1

**Filed On: October 17, 2024** [2080509]

United States of America,

    Appellee

  v.

Leo Brent Bozell, IV, also known as Zeeker Bozell,

    Appellant

## M A N D A T E

In accordance with the order of October 17, 2024, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                                      **FOR THE COURT:**
                                      Mark J. Langer, Clerk

                 BY:   /s/
                              Emily K. Campbell
                              Deputy Clerk

Link to the order filed October 17, 2024