# United States Court of Appeals

**For The District of Columbia Circuit**

_____

**No. 24-3080**  **September Term, 2024**

1:21-cr-00216-JDB-1

**Filed On:** October 17, 2024

United States of America,

    Appellee

  v.

Leo Brent Bozell, IV, also known as Zeeker Bozell,

    Appellant

## O R D E R

Upon consideration of appellant's motion to dismiss this appeal and the affidavit in support thereof, it is

**ORDERED** that the motion be granted and this case be dismissed.  See <u>D.C. Circuit Handbook of Practice and Internal Procedures</u> 35 (2021).

The Clerk is directed to issue the mandate forthwith.

                          **FOR THE COURT:**
                          Mark J. Langer, Clerk

                BY:    /s/
                          Emily Campbell
                          Deputy Clerk